**EXHIBIT "1"**

**Victor H. Sparrow, III**

1768 Willard Street, Northwest
Washington, District of Columbia 20009
Phone: (202) 232-5972 • Fax: (202) 232-5974

E-Mail: Volpone@Flash.Net

June 8, 2005

Litton Loan Serving LP
4828 Loop Central Drive
Houston, Texas 77081

Re:   Mr. Victor H. Sparrow, III
      Account Number: 0004443479
      1768 Willard Street, Northwest
      Washington, District of Columbia 20009-1719

      Social Security No.: 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

Gentlepersons:

The purpose of this letter is to provide you with my mortgage payment for June, 2005 in the principal amount of $2,963.67 together with an additional $100.00 to be applied to the outstanding principal of my loan. These two payments are provided for in my enclosed Check Number 1465 drawn on Branch Banking & Trust Company to your order in the amount of $3,063.67.

Enclosed also is a copy of the June statement indicting that my additional $100.00 payments are applied to a "suspense accounts" rather than against the principal loan amount. Please also confirm that you have received proof of insurance for the Willard Street property.

I am in the process of considering the refinancing of this property. Does Litton offer a refinancing or conversion option for properties such as mine?

Thank you for your courtesy and for your anticipated immediate attention to these matters.

Sincerely,

_____
Victor H. Sparrow, III

06 0087

FILED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Victor H. Sparrow, III**

1768 Willard Street, Northwest
Washington, District of Columbia 20009
Phone: (202) 232-5974 • Fax: (202) 232-5974

E-Mail: Volpone@Flash.Net

August 6, 2005

Litton Loan Serving LP
4828 Loop Central Drive
Houston, Texas 77081

Re:  Mr. Victor H. Sparrow, III
     Account Number: 0004443479
     PCFS Financial Services
     1768 Willard Street, Northwest
     Washington, District of Columbia 20009-1719
     Social Security No.: 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

Gentlepersons:

The purpose of this letter is to provide you with my mortgage payment for January, 2005 in the principal amount of $2,963.67 together with an additional $100.00 to be applied to the outstanding principal of my loan. These two payments are provided in my enclosed Check No. 1459 drawn to your order in the amount of $3,063.67.

Please also consider this letter as a request that Litton cease and desist from its use of the "converted check" processing in my case.

Thank you for your courtesy and for your anticipated immediate attention to this matter.

Sincerely,

_____
Victor H. Sparrow, III

**VHS**:bms