**EXHIBIT "2"**

**VICTOR H. SPARROW, III**

August 19, 2005

CERTIFIED MAIL # **7005 1160 0002 7083 9333**
RETURN RECEIPT REQUESTED

Litton Loan Servicing, L.P.
4828 Loop Central Drive
Houston, Texas 77081

Re:      Mr. Victor H. Sparrow, III
         Account Number: 0004443479
         1768 Willard Street, Northwest
         Washington, District of Columbia 20009-1719
         Social Security No.: 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

Gentlepersons:

The purpose of this letter is to acknowledge receipt of your letter dated August 10, 2005 that was received here in Washington yesterday on August 18, 2005.

The substance of this letter was to advise me of putative $500.00 increase in the amount of my monthly mortgage payment as of August 1, 2005 and to notify me of an increase in my rate to 8.60% per annum.

Quite apart from issues of effective notice and efficacy, please be consider this letter as a written protest of this purported adjustment and notice to Litton and its principals that such a payment shall not be made or recognized by the Borrower unless and until a complete written reconciliation and substantiation of such an adjustment is made and provided to me at my mailing address.

An additional purpose of this letter is to constitute a "Notice of Withdrawal & Objection" to the "converted check" procedure employed in connection with the servicing of the mortgage loan for my personal residence located at 1768 Willard Street, Northwest, Washington, District of Columbia 20009-1719 under 15 **United States Code** § 1637a(a)(1). I object to such electronic credit processing in which I am deprived of a cancelled check and receipt for my monthly mortgage payment. Please also provide me with a copy of interest paid during calendar year 2004.

1768 Willard Street, Northwest
Washington, District of Columbia 20009-1719
Cell Telephone: (202) 246-7677

E-Mail Address: volpone@flash.net

06 0087

FILED

JAN 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VICTOR H. SPARROW, III

If you have any questions, please feel free to contact me at either (202) 246-7677 or (202) 232-5972 if you have any additional questions regarding these matters.

Thank you for your courtesy and your anticipated immediate attention to these matters.

Sincerely,

_____

Victor H. Sparrow, III


cc:  Kenneth MacFadyen, Esquire
     MacFadyen & MacFadyen
     210 E. Redwood Street
     Baltimore Maryland 21202

1768 Willard Street, Northwest
Washington, District of Columbia 20009-1719
Cell Telephone: (202) 246-7677

E-Mail Address: volpone@flash.net