**EXHIBIT "3"**



# Litton Loan Servicing LP
*A subsidiary of C-BASS*

4828 Loop Central Drive
Houston, TX 77081-2226

Telephone 713 960 9676
Fax 713 966 8906

August 18, 2005

Victor Sparrow Iii
1768 Willard St Nw
Washington, DC 200091719

Loan No. 13137435
Dear: Victor Sparrow Iii

Enclosed is your check for $3,063.67.

These funds are not sufficient to pay the full amount due on your loan at this time.

If you have any questions concerning this matter, please call us at the number below. This is an attempt to collect your loan and information obtained will be used for that purpose.

Sincerely,

Collection Department
(800) 999-8501

Enclosure

---

VICTOR H SPARROW, III    04/03    12 # 1313435    1459
1768 WILLARD ST., NORTHWEST
WASHINGTON, DISTRICT OF COLUMBIA 20009-1719    Date 08-06-05    15-154/540  12207
TELEPHONE: (202)-246-7677

PAY LITTON LOAN SERVICING    $3,063 67
to the order of
THREE THOUSAND SIXTY THREE $67/100 Dollars

BB&T
BRANCH BANKING AND TRUST COMPANY
WASHINGTON, DISTRICT OF COLUMBIA
Memo 0304473979    Signature

⑈054001547⑈5162269773⑈01459

06 0087

FILED
JAN 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT