**EXHIBIT "4"**

# VICTOR H. SPARROW, III

1768 WILLARD STREET, NORTHWEST
WASHINGTON, DISTRICT OF COLUMBIA 20009
PHONE: (202) 232-5972 • CELL: (202) 246-7677

E-MAIL: VOLPONE@FLASH.NET

September 8, 2005

Kenneth MacFadyen, Esquire
MacFadyen & MacFadyen
210 East Redwood Street
Baltimore Maryland 21202

Dear Ken,

This purpose of this letter is to once again thank you for efforts and interest in connection with my present dispute with Litton. I also want to thank you for the loan documents which I received my e-mail this afternoon.

I have enclosed my Check Number 1487 for $6,800.00 payable to Litton for the months of August and September 2005. Although my cursory reading of the documents leads me to believe that Litton did not meet the "notice" requirements for an increase, I would be prepared to waive this issue if Litton does not attempt to impose late charges and continues to show that this loan has been handled in a satisfactory manner without any late payments.

Please let me know if this suggested resolution is satisfactory.

In June of this year, I wrote Litton regarding the application of my previous additional $100.00 payments to a "suspense accounts" rather than as a credit against the principal loan amount of the mortgage loan. It would be appreciated if Litton would clarify this issue.

I would also like to follow up on my interest in being placed on your mailing list (or e-mail list) of and for foreclosures in Baltimore City. I am particularly interested in properties on Bolton Hill and Fell's Point.

Thanks again for your courtesy and for your interest.

Sincerely,

_____
Victor H. Sparrow, III

06 0087

VHS:bms

FILED

JAN 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT