**EXHIBIT "5"**

# VICTOR H. SPARROW, III

1768 WILLARD STREET, NORTHWEST
WASHINGTON, DISTRICT OF COLUMBIA 20009
PHONE (202) 232-5972 • CELL (202) 246-7677

E-MAIL: VOLPONE@FLASH.NET

October 11, 2005

CERTIFIED MAIL # **7099 3400 0012 3164 5190**
**RETURN RECEIPT REQUESTED**

Kenneth MacFadyen, Esquire
MacFadyen & MacFadyen
210 East Redwood Street
Baltimore Maryland 21202

Re:   1768 Willard Street, Northwest
      Washington, District of Columbia 20009-1719

Dear Ken,

This purpose of this letter is to follow up on my unanswered letters to you of September 8, 2005 and September 30, 2005, copies of which are enclosed for your ready reference and review.

Please note that I have enclosed BB&T Official Check No. 77933499 drawn to the order of Litton Loan Service dated October 11, 2005 to provide your client Litton Loan Service with the mortgage payment for October, 2005.

The courtesy of a response to this letter as well as the previous letters would be most appreciated.

Thanks again for your continuing courtesy and for your interest.

Sincerely,


_____
Victor H. Sparrow, III


Enclosures

**VHS**:bms

06 0087

FILED
JAN 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES POSTAL SERVICE**                                                Home | Help

Track & Confirm

Track & Confirm

Label/Receipt Number: **7099 3400 0012 3164 5190**
Status: **Delivered**

Your item was delivered at 11:11 am on October 12, 2005 in BALTIMORE, MD 21202.

Enter Label/Receipt Number.

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.

POSTAL INSPECTORS       site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                             11/10/2005