**EXHIBIT "6"**

## Victor H. Sparrow, III

**From:** Ken MacFadyen [ken@fmlaw.com]
**Sent:** Wednesday, October 12, 2005 12:25 PM
**To:** Victor H. Sparrrow, III
**Cc:** Tim Kelley; kclay
**Subject:** Sparrow: 13137435: Our file 532007.

Good Afternoon:

We have just received your proposed Deed Of Payment today in the amount of $3,300. I note that in our letter of September 27, 2005 I advised you that all future payments should be forwarded to Litton. For quick reference, a copy of that letter is attached. I also note that the amount tendered, in light of Litton's letter to you of June 15th, is insufficient. In June Litton advised you that the new payment amount, as of August 1, 2005, would be $3,386.48. Indeed, I forwarded a copy of that letter to you in August.

I will, for this last time, forward your payment to Litton now. Nevertheless, so that there will be no misunderstanding later, I will accept no future payments in this office and will return any such tendered payments to you.

Recall, that in my last letter to you I advised that Litton believes that it has done nothing wrong. That position has not changed.

While preparing this email, we checked with the Post Office and we have been advised that our certified letter of September 27th has not been claimed by you, and is in the possession of the D. C. Post Office since September 29th.

Have a good afternoon

Kenneth MacFadyen
210 E. Redwood Street
Baltimore Maryland 21202
(410) 685-1763
(410) 685-1763 x-131 (page)
(410) 685-1763 x-148 (direct)
(410) 347-0073 (fax)
mailto:Ken@fmlaw.com

06 0087

FILED

JAN 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1/16/2006