**EXHIBIT "7"**

**VICTOR H. SPARROW, III**

November 10, 2005

**BY UNITED STATES EXPRESS MAIL: EQ 155282391 US**

Ms. Elvira Noseworthy
Supervisor
Litton Loan Servicing, L.P.
4828 Loop Central Drive
Houston, Texas 77081

Re:    Mr. Victor H. Sparrow, III
       Account Number: 0004443479
       1768 Willard Street, Northwest
       Washington, District of Columbia 20009-1719
       Social Security No.: 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

Dear Ms. Noseworthy:

The purpose of this letter is to place Litton on notice and follow up on my previous correspondence regarding this account and to provide you with a payment of $3,500.00 in the form of my Check No. 1767 to satisfy my mortgage obligation for November, 2005. Any excess payment should be applied to the principal amount of my loan.

Please note that Litton erroneously choose to return my payment for the month of August, 2005. (Exhibit "A"). Please note that my position was and is that notification of the increase in my amount was not made on a timely basis.

Nonetheless according to Litton's records on September 14, 2005, Litton applied a payment of $6,772.96 on my loan account.

On October 11, 2005, the October payment was forwarded to and received by your counsel on October 12, 2005 by Certified Mail #7099 3400 0012 3164 5190. (Exhibit "B").

Since the refinancing of this property is scheduled to occur on Monday, November 15, 2005, please consider this letter as a request for a statement of the outstanding balance of and for the loan together with a

06 0087

1768 Willard Street, Northwest
Washington, District of Columbia 20009-1719
Cell Telephone: (202) 246-7677

E-Mail Address: volpone@flash.net

FILED

JAN 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VICTOR H. SPARROW, III

statement of payments received and applied for the past year. In order for the refinancing to proceed in a timely manner, it will be necessary for me to demonstrate that payments have been made on a timely basis and that there have been no loan deficiencies or late payments. Please forward the requested statement to me at volpone@flash.net and to Mr. Robert Sherman at Community Mortgage (robsherman14@hotmail.com).

My sole interest at this time is to be able to proceed with this refinancing as scheduled. If I am prevented from doing so by any putative loan deficiency or non-payment, I shall again look to Litton for recompense in the Federal and municipal court systems of the District of Columbia.

If you have any questions, please feel free to contact me at either (202) 246-7677 if you have any additional questions regarding these matters.

Thank you for your courtesy and your anticipated immediate attention to these matters.

Sincerely,

_____

Victor H. Sparrow, III


cc:     Kenneth MacFadyen, Esquire
        MacFadyen & MacFadyen
        210 E. Redwood Street
        Baltimore Maryland 21202



# Litton Loan Servicing LP
*A subsidiary of C-BASS*

4828 Loop Central Drive
Houston, TX 77081-2226

Telephone 713 960 9676
Fax 713 966 8906

August 18, 2005

Victor Sparrow III
1768 Willard St Nw
Washington, DC  200091719

Loan No. 13137435
Dear: Victor Sparrow Iii

Enclosed is your check for $3,063.67.

These funds are not sufficient to pay the full amount due on your loan at this time.

If you have any questions concerning this matter, please call us at the number below. This is an attempt to collect your loan and information obtained will be used for that purpose.

Sincerely,

Collection Department
(800) 999-8501

Enclosure

---

VICTOR H SPARROW, III                                                              1459
1768 WILLARD ST., NORTHWEST
WASHINGTON, DISTRICT OF COLUMBIA 20009-1719          Date 08-06-05       15-154/540
TELEPHONE: (202) 246-7677                                                    12207

Pay to the order of  LITTON LOAN SERVICING              $3,063 67
THREE THOUSAND SIXTY ———— 67/100 Dollars

**BB&T**
BRANCH BANKING AND TRUST COMPANY
WASHINGTON, DISTRICT OF COLUMBIA
Memo 0304473979        Signature

⑅054001547⑅ 516 2269773⑅ 0 1459

EXHIBIT "A"

# VICTOR H. SPARROW, III

1768 WILLARD STREET, NORTHWEST
WASHINGTON, DISTRICT OF COLUMBIA 20009
PHONE: (202) 232-5072 • CELL: (202) 246-7677

E-MAIL: VOLPONE@FLASH.NET

October 11, 2005

CERTIFIED MAIL # **7099 3400 0012 3164 5190**
**RETURN RECEIPT REQUESTED**

Kenneth MacFadyen, Esquire
MacFadyen & MacFadyen
210 East Redwood Street
Baltimore Maryland 21202

Re:   1768 Willard Street, Northwest
      Washington, District of Columbia 20009-1719

Dear Ken,

This purpose of this letter is to follow up on my unanswered letters to you of September 8, 2005 and September 30, 2005, copies of which are enclosed for your ready reference and review.

Please note that I have enclosed BB&T Official Check No. 77933499 drawn to the order of Litton Loan Service dated October 11, 2005 to provide your client Litton Loan Service with the mortgage payment for October, 2005.

The courtesy of a response to this letter as well as the previous letters would be most appreciated.

Thanks again for your continuing courtesy and for your interest.

Sincerely,


_____
Victor H. Sparrow, III


Enclosures

**VHS**:bms



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **EQ15 5282 391U S**
Status: **Delivered**

Your item was delivered at 2:05 pm on November 11, 2005 in HOUSTON, TX 77010. The item was signed for by R BASS.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )



POSTAL INSPECTORS        site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust                      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy