**EXHIBIT "8"**



# LITTON LOAN SERVICING LP
*An affiliate of C-Bass*

4828 Loop Central Drive  
Houston, TX 77081

Telephone 1-800-247-9727  
Fax 713-960-9576

December 27, 2005

Victor Sparrow Iii  
1768 Willard St Nw  
Washington, DC 200091719

Re:  Loan #:    13137435  
     Property:  1768 Willard Street Nw  
                  Washington, DC 20009

Dear Mortgagor(s):

We acknowledge receipt of your correspondence received November 16, 2005, regarding the referenced loan.

We are researching your inquiry and will respond as soon as possible. Unless your loan is paid in full, please continue making your monthly payments according to your loan agreement.

Should you have further questions, please contact our Customer Service Department at 800-247-9727 between the hours of 8:00 a.m. and 7:00 p.m. Central Standard Time, or visit our website at www.littonloan.com.

Sincerely,

Customer Service Department

---

LITTON LOAN SERVICING LP IS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT YOUR DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

06 0087

FILED

JAN 1 7 2006

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Doc ID: 78160