**EXHIBIT "10"**

## Victor H. Sparrow, III

**From:** Harrison.Moore@litton.c-bass.com
**Sent:** Friday, November 18, 2005 12:07 PM
**To:** VictorSparrow@Comcast.Net; volpone@flash.net
**Subject:** RE: Loan #13137435 payoff statement
**Attachments:** Sparrow 13137435 pay history.pdf

Mr. Sparrow:

Attached please find your payment history, as you requested.

Please note that we have removed the late charge for October, even though the amount received was insufficient under the rate change and could not be applied to the loan until your November payment was received.

Unfortunately, even though we waived the late charge for October, we cannot issue a letter stating that you have made no late payments. There were late payments in July 2005 and August 2005.

Also, please understand that according to your Adjustable Rate Note, you were indeed given sufficient notice of rate change in our June 15, 2005 letter to you. If you need another copy of your note, please let me know and I will provide the same.

Harrison Moore

>    -----Original Message-----
>    **From:** Victor H. Sparrow, III [mailto:victorsparrow@comcast.net]
>    **Sent:** Thursday, November 17, 2005 9:33 AM
>    **To:** Moore, Harrison (Litton)
>    **Cc:** Kenneth MacFadyen, Esquire
>    **Subject:** FW: Loan #13137435 payoff statement
>
>    November 17, 2005
>
>    Dear Mr. Moore:
>
>    The purpose of this note is to follow up on my earlier notes to Litton Loan Servicing -including my note to you of yesterday.
>
>    An additional purpose of this note is to provide Litton with an additional example of a discrepancy between dates in Litton correspondence. I have attached an additional "PDF" file. It is an envelope containing a letter dated October 17, 2005 bearing a machine postage date of October 19, 2005 with a notation from the United States Postal Service stating "Mailed at 770 10/20/05."
>
>    Please be advised that my only interest is in the receipt of a payment history together with a statement indicating "no lates" and the payment of my mortgage loan as a timely basis. This requirement is a "condition precedent" for new financing on my Willard Street property. If I do not receive such a statement within the next three (3) days, I shall suffer a material loss.
>
>    It goes without saying that I would welcome the opportunity to review and discuss this matter with you on the phone at your earliest possible convenience at (202) 246-7677.

1/16/2006

06 0087

FILED
JAN 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thanks you for your continuing courtesy and cooperation.

Sincerely,

Victor H. Sparrow, III

---

**From:** Victor H. Sparrow, III [mailto:volpone@flash.net]
**Sent:** Wednesday, November 16, 2005 4:32 PM
**To:** 'Harrison.Moore@litton.c-bass.com'; 'robsherman14@hotmail.com'
**Cc:** Kenneth MacFadyen, Esquire
**Subject:** RE: Loan #13137435 payoff statement

November 16, 2005

Dear Mr. Moore:

The purpose of this letter is to follow up on my e-mail of yesterday requesting a payment history of this loan by e-mail in the form of a "PDF."

At this juncture, my only interest is obtaining a copy of this history and insuring that all payments -including extra payments of principal have been applied in a timely and correct matter. At this time, I am prepared to waive the issue of the timeliness of notification of loan increase -please refer to the attached "PDF" from Litton with a letter dated September 6, 2005 bearing a stamped postage meter cancellation date of September 20, 2005. I can provide additional examples of this practice if this is necessary.

In order to proceed with my financing, I am in need of the following:

1. A loan payment history.
2. A statement reflecting that the loan is current and in good order with no "lates."

Once these materials have been received and examined, the financing may proceed.

Thank you for your continuing courtesy and cooperation.

Sincerely,

Victor H. Sparrow, III

---

**From:** Victor H. Sparrow, III [mailto:volpone@flash.net]
**Sent:** Tuesday, November 15, 2005 7:21 PM
**To:** 'Harrison.Moore@litton.c-bass.com'; 'robsherman14@hotmail.com'
**Subject:** RE: Loan #13137435 payoff statement

November 15, 2005

Dear Mr. Moore:

1/16/2006

Thank you for providing the information which was requested.

Please provide me with a statement showing the payment history of the loan from the time it was instituted -including all payments and disbursements made.

Thank you for your continuing courtesy and cooperation.

Sincerely,

Victor H. Sparrow, III

---

**From:** Harrison.Moore@litton.c-bass.com [mailto:Harrison.Moore@litton.c-bass.com]
**Sent:** Tuesday, November 15, 2005 4:41 PM
**To:** volpone@flash.net; robsherman14@hotmail.com
**Subject:** Loan #13137435 payoff statement


Dear Mr. Sparrow and Mr. Sherman:

Attached please find a payoff statement for the above loan.

**Harrison G. Moore IV**
Litigation Processor
Litton Loan Servicing L.P.
4828 Loop Central Drive
Houston, Texas 77081-2226
713-966-8829 phone
713-966-8830 fax
Harrison.Moore@litton.c-bass..com


<<Sparrow 13137435 payoff.pdf>>

---

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

---

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use,

dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

1/16/2006