**EXHIBIT "12"**

## Victor H. Sparrow, III

| | |
|---|---|
| **From:** | Victor H. Sparrow, III [victorsparrow@comcast.net] |
| **Sent:** | Wednesday, November 30, 2005 1:44 PM |
| **To:** | Harrison More |
| **Cc:** | Morton H. Press, Esquire; Paul S. London |
| **Subject:** | 1768 Willard Street, Northwest (Loan Number 13137435) |
| **Attachments:** | 11-30-05 Draft Settlement Statement.pdf; 11-30-05 Payment History.pdf; 06-15-05 Litton Loan Services.pdf |

November 30, 2005

Dear Mr. Moore:

The purpose of this note is to inquire as to the specific reason Litton Loan Services has submitted a payoff demand of $441,000 to the settlement firm, Press & Press.

Attached for your ready reference and review is a statement from Litton dated June 15, 2005 indicating that the principal balance of the loan was $429,639.92 as of June 15, 2005. An additional payment history dated as of November 18, 2005 reflects a balance of $428,294.17. Please consider this note as a request for an explanation of these differing amounts as well as a formal request for verification that my monthly additional payments to principal have been applied correctly.

Thank you,

Victor H. Sparrow, III

06 0087

FILED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1/17/2006

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>SETTLEMENT STATEMENT | B. TYPE OF LOAN: | | | | |
|---|---|---|---|---|---|
| | 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
| | 6. FILE NUMBER: 0512738MP | | | 7. LOAN NUMBER: | |
| | 8. MORTGAGE INS CASE NUMBER: | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98   (0512738MP.PFD/0512738MP/11)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Irving Rosenberg<br>Janet Rosenberg | Victor H. Sparrow III | Commerce Bank, N.A.<br>6000 Atrium Way<br>Mount Laurel, NJ 08054 |

| G. PROPERTY LOCATION:<br>1768 Willard Street, NW<br>Washington, DC 20009 | H. SETTLEMENT AGENT: 52-2284183<br>PRESS & PRESS, PLLC<br><br>PLACE OF SETTLEMENT<br>2150 Wisconsin Avenue, NW #10<br>Washington, DC 20007-2280 | I. SETTLEMENT DATE:<br><br>December 1, 2005 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 1,075,000.00 | 401. Contract Sales Price | 1,075,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 15,366.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. Real Estate Taxes  to | | 406. Real Estate Taxes  to | |
| 107. County Taxes  to | | 407. County Taxes  to | |
| 108. Condo/HOA Fees  to | | 408. Condo/HOA Fees  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 1,090,366.50 | 420. GROSS AMOUNT DUE TO SELLER | 1,075,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 443,000.00 | 502. Settlement Charges to Seller (Line 1400) | 15,366.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage to | 441,000.00 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Purchase Money Note | 415,000.00 | 508. Purchase Money Note | 415,000.00 |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. Real Estate Taxes  to | | 510. Real Estate Taxes  to | |
| 211. County Taxes  to | | 511. County Taxes  to | |
| 212. Condo/HOA Fees  to | | 512. Condo/HOA Fees  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 858,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 871,366.50 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 1,090,366.50 | 601. Gross Amount Due To Seller (Line 420) | 1,075,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 858,000.00) | 602. Less Reductions Due Seller (Line 520) | ( 871,366.50) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 232,366.50 | 603. CASH ( X TO ) ( FROM ) SELLER | 203,633.50 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.
I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower                                                                                         Seller

Irving Rosenberg                                                                         Victor H. Sparrow III

Janet Rosenberg

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

PRESS & PRESS, PLLC
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $ @ % | | | |
| Division of Commission (line 700) as vs: | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. | to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee | % to | | | |
| 802. Loan Discount | % to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Underwriting Fee | to | | | |
| 806. Flood Determination Fee | to | | | |
| 807. Tax Service Fee | to | | | |
| 808. Application Fee | | | | |
| 809. Document Preparation Fee | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 12/01/05 to 01/01/06 @ $ /day ( 30 days %) | | | | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. Real Estate Taxes | months @ $ | per month | | |
| 1004. County Taxes | months @ $ | per month | | |
| 1005. Condo/HOA Fees | 0.000 months @ $ | per month | | |
| 1006. | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. | months @ $ | per month | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee | to PRESS & PRESS, PLLC | | 1,000.00 | 1,000.00 |
| 1102. Abstract or Title Search | to First American Title Insurance Company | incl recording serv. | 137.50 | 137.50 |
| 1103. Document Preparation | to PRESS & PRESS, PLLC | | 250.00 | 250.00 |
| 1104. | to PRESS & PRESS, PLLC | | | |
| 1105. | to PRESS & PRESS, PLLC | | | |
| 1106. | to PRESS & PRESS, PLLC | | | |
| 1107. | to PRESS & PRESS, PLLC | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance | to First American Title Insurance Co. | EAGLE POLICY | 1,840.00 | 1,840.00 |
| (includes above item numbers:Includes Title Binder ) | | | | |
| 1109. Lender's Coverage | $ 1,075,000.00 | | | |
| 1110. Owner's Coverage | $ 1,075,000.00 | 3,680.00 EAGLE POLICY | | |
| 1111. Messenger Fees | included on line 1101 | | | |
| 1112. Addl Payoff & Release Fee | PRESS & PRESS, PLLC | @ $75.00 each | | |
| 1113. | PRESS & PRESS, PLLC | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ 26.50; Mortgage $ 400.00; | Releases $ 26.50 | | 226.50 | 226.50 |
| 1202. City/County Tax/Stamps: Recordation Tax | 11,825.00; Mortgage | | 11,825.00 | |
| 1203. State Tax/Stamps: Transfer Tax | 11,825.00; Mortgage | | | 11,825.00 |
| 1204. | | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to Landtech Associates, Inc. | | 87.50 | 87.50 |
| 1302. Pest Inspection | to | | | |
| 1303. Real Estate Taxes | | | | |
| 1304. | | | | |
| 1305. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | 15,366.50 | 15,366.50 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

PRESS & PRESS, PLLC
Settlement Agent

Certified to be a true copy.

( 0512736MP / 0512736MP / 11 )

```
SR497CR-02                                   LITTON LOAN SERVICING LP                          11/18/05 10:32:38
EMOORE                                       DETAIL TRANSACTION HISTORY                        JOB DT: 11/18/05
                                                                                                         PAGE: 1

LOAN#  13137435   INV# 922   POOL# 0922204  INV LN#  946352  NEXT DUE 12/01/05  INTEREST RATE  8.600  PRIN.BAL  428,294.17
BORR1  VICTOR SPARROW III.   TYPE: 03-00 CONV UNIS   STATUS R  TOT.DELQ     .00  SUSP-235B        .00  ESC.BAL        .00
BORR2                        MSGS:           74  #PMT D00000  P&I          .00  SUSP-SUBS        .00  ESC.ADV        .00
PROP:  1768 WILLARD STREET NW  MAIL: 1768 WILLARD ST NW                          SUSP-HAZ         .00  TOT.PMT   3,386.48
                                                             SRVFEES  .05000    SUSP-FOR         .00  P&I          54.08
       WASHINGTON    DC 20009         WASHINGTON   DC 200091719  YDIFF  .00000  SUSP-MIS         .00  ESC.PMT   3,386.48
                                                             INT PD TO 11/01/05  P&I SHORT       .00  CORP.AD        .00

--TRANSACTION---                    NEXT --AFTER.TRANS.BALANCES-              TOTAL      ---------APPLIED---------  MISC.PMTS
NBR  DATE   CODE -----DESCRIPTION-- DUE   PRINCIPAL        ESCROW            AMOUNT  PRINCIPAL  INTEREST  ESCROW  SUSPENSE/CD &SRV.FEES

**** UNPOSTED **** TRANSACTIONS ENTERED SINCE LAST EMDDAY RUN
51  11/18/05 2664 NON CASH FEE ADJ  12/05  428294.17           .00            169.32        .00       .00      .00      .00     169.32-01
     S/F D     REF#
50  11/16/05 0116 PMT FROM FORB SUSP 12/05  428294.17           .00           3386.48     314.78   3071.70      .00   3386.48-R4  178.59 11
     Effective date: 11/11/05  Int pd to: 11/01/05
     S/F CK    REF#
49  11/16/05 1324 PMT-FORBEAR SUSP  11/05  428608.95            .00            113.52        .00       .00      .00    113.52 24
     Effective date: 11/11/05
     S/F CK    REF#
48  11/16/05 0283 PAYMENT           11/05  428608.95            .00           3386.48     312.54   3073.94      .00       .00     178.72 11
     Effective date: 11/11/05  Int pd to: 10/01/05
     S/F CK    REF#
47  11/15/05 1324 PMT-FORBEAR SUSP  10/05  428921.49            .00           3300.00        .00       .00      .00   3300.00 24
     S/F CK    REF#
46  10/17/05 1499 LATE CHARGES      10/05  428921.49            .00            169.32        .00       .00      .00       .00     169.32 01
     S/F       REF#
45  9/14/05 1324 PMT-FORBEAR SUSP   10/05  428921.49            .00             27.04        .00       .00      .00     27.04 24
     S/F CK    REF#
44  9/14/05 02   PAYMENT            10/05  428921.49            .00           3386.48     310.32   3076.16      .00       .00     178.85 11
                    Int pd to: 9/01/05
     S/F CK    REF#
43  9/14/05 0283 PAYMENT             9/05  429231.81            .00            169.32     308.11   3078.37      .00       .00     178.98 11
                    Int pd to: 8/01/05
     S/F CK    REF#
42  8/16/05 1499 LATE CHARGES        8/05  429539.92            .00            169.32        .00       .00      .00       .00     169.32 01
     S/F       REF#
41  7/25/05 11   PRINCIPAL PAYMENT   8/05  429539.92            .00            100.00     100.00       .00      .00       .00
     Effective date: 7/11/05
     S/F CK    REF#
40  7/25/05 2624 FORBEARANCE ADJ     8/05  429639.92            .00            100.00        .00       .00      .00    100.00 24
     Effective date: 7/11/05
     S/F CK    REF#
39  7/19/05 1324 PMT-FORBEAR SUSP    8/05  429639.92            .00            100.00        .00       .00      .00    100.00 24
     Effective date: 7/11/05
     S/F CK    REF#
38  7/19/05 02   PAYMENT             8/05  429639.92            .00           2963.67     419.15   2544.52      .00       .00     179.19 11
     Effective date: 7/11/05  Int pd to: 7/01/05
     S/F CK    REF#
37  7/19/05 2664 NON CASH FEE ADJ    7/05  430059.07            .00            148.18-       .00       .00      .00       .00     148.18-01
     Effective date: 7/11/05
     S/F CK    REF#
36  7/16/05 1499 LATE CHARGES        7/05  430059.07            .00            148.18        .00       .00      .00       .00     148.18 01
     S/F       REF#
```

```
SR497CR-02                                    LITTON LOAN SERVICING LP                                   11/18/05 10:32:38
HMOORE                                        DETAIL TRANSACTION HISTORY                                 JOB DT: 11/18/05
                                                                                                         PAGE:           2
---TRANSACTION---                              -AFTER TRANS.BALANCES-     TOTAL    ----------APPLIED----------  MISC.PMTS
NBR    DATE   CODE  ----DESCRIPTION------  NEXT   PRINCIPAL     ESCROW    AMOUNT   PRINCIPAL INTEREST  ESCROW SUSPENSE/CD &SRV.FEES
LOAN#  13137435           CONTINUED         DUE

 35  6/10/05  11  PRINCIPAL PAYMENT         7/05  430059.07       .00     100.00     100.00       .00       .00      .00
 34  6/10/05  02  S/F CK  REF#              7/05  430159.07       .00    2963.67     416.10   2547.57       .00      .00   179.41 11
                  PAYMENT       Int pd to: 6/01/05
 33  5/23/05  11  S/F CK  REF#              6/05  430575.17       .00     100.00     100.00       .00       .00      .00
                  PRINCIPAL PAYMENT
 32  5/23/05  2624 S/F SP REF#              6/05  430675.17       .00     100.00-        .00      .00       .00   100.00-24
                  FORBEARANCE ADJ
 31  5/10/05  1324 S/F SP REF#              6/05  430675.17       .00     100.00         .00      .00       .00   100.00 24
                  PMT-FORBEAR SUSP
 30  5/10/05  02  S/F LB  REF#              6/05  430675.17       .00    2963.67     413.06   2550.61       .00      .00   179.62 11
                  PAYMENT       Int pd to: 5/01/05
 29  4/18/05  11  S/F LB  REF#              5/05  431088.23       .00     100.00     100.00       .00       .00      .00
                  PRINCIPAL PAYMENT
 28  4/18/05  2624 S/F SP REF#              5/05  431188.23       .00     100.00-        .00      .00       .00   100.00-24
                  FORBEARANCE ADJ
 27  4/08/05  1324 S/F SP REF#              5/05  431188.23       .00     100.00         .00      .00       .00   100.00 24
                  PMT-FORBEAR SUSP
 26  4/09/05  02  S/F LB  REF#              5/05  431188.23       .00    2963.67     410.05   2553.62       .00      .00   179.83 11
                  PAYMENT       Int pd to: 4/01/05
 25  3/07/05  11  S/F LB  REF#              4/05  431598.28       .00     100.00     100.00       .00       .00      .00
                  PRINCIPAL PAYMENT
 24  3/07/05  02  S/F CK  REF#              4/05  431698.28       .00    2963.67     407.05   2556.62       .00      .00   180.04 11
                  PAYMENT       Int pd to: 3/01/05
 23  2/14/05  11  S/F CK  REF#              3/05  432105.33       .00     100.00     100.00       .00       .00      .00
                  PRINCIPAL PAYMENT
     Effective date: 2/09/05
 22  2/14/05  2624 S/F CK REF#              3/05  432205.33       .00     100.00-        .00      .00       .00   100.00-24
                  FORBEARANCE ADJ
     Effective date: 2/09/05
 21  2/09/05  1324 S/F LB REF#              3/05  432205.33       .00     100.00         .00      .00       .00   100.00 24
                  PMT-FORBEAR SUSP
 20  2/09/05  02  S/F LB  REF#              3/05  432205.33       .00    2963.67     404.06   2559.61       .00      .00   180.26 11
                  PAYMENT       Int pd to: 2/01/05
 19  1/20/05  11  S/F LB  REF#              2/05  432609.39       .00     100.00     100.00       .00       .00      .00
                  PRINCIPAL PAYMENT
 18  1/20/05  2624 S/F SP REF#              2/05  432709.39       .00     100.00-        .00      .00       .00   100.00 24
                  FORBEARANCE ADJ
 17  1/10/05  1324 S/F SP REF#              2/05  432709.39       .00     100.00         .00      .00       .00   100.00 24
                  PMT-FORBEAR SUSP
 16  1/10/05  02  S/F LB  REF#              2/05  432709.39       .00    2963.67     401.10   2562.57       .00      .00   180.46 11
                  PAYMENT       Int pd to: 1/01/05
 15 12/29/04  11  S/F LB  REF#              1/05  433110.49       .00     100.00     100.00       .00       .00      .00
                  PRINCIPAL PAYMENT
 14 12/29/04  2624 S/F SP REF#              1/05  433210.49       .00     100.00-        .00      .00       .00   100.00-24
                  FORBEARANCE ADJ
```

```
SR497CR-02                              LITTON LOAN SERVICING LP                        11/18/05 10:32:38
HMOORE                                  DETAIL TRANSACTION HISTORY                      JOB DT: 11/18/05
                                                                                               PAGE:    3
--TRANSACTION----                NEXT -AFTER TRANS.BALANCES   TOTAL   ----------APPLIED----------  MISC.PMTS
NBR  DATE   CODE    DESCRIPTION- DUE   PRINCIPAL     ESCROW   AMOUNT  PRINCIPAL INTEREST ESCROW SUSPENSE/CD &SRV.FEES

LOAN#  13137435          CONTINUED
            S/F SP  REF#
13 12/14/04 1324 PMT-FORBEAR SUSP  1/05  433210.49     .00    100.00        .00      .00     .00  100.00 24
            S/F LB  REF#
12 12/14/04  02  PAYMENT           1/05  433210.49     .00   2963.67     398.15  2565.52     .00     .00  180.67 11
                     Int pd to: 12/01/04
            S/F LB  REF#
11 12/04/04 81 2 NEW LOAN NOCASH  12/04  433608.64     .00   433608.64-  433608.64-   .00     .00     .00
            S/F LB  REF#
               * * * * TOTALS * * * *                      428294.17-32740.81
```

**LITTON LOAN SERVICING LP**
An Affiliate of C-Bass

4828 Loop Central Drive                         Telephone: 713 960 9676
Houston, Texas 77081-2226                             Fax: 713 561 8248

June 15, 2005

VICTOR SPARROW III                    RE: Loan Number #   13137435
                                      Property Address:
1768 WILLARD ST NW                    1768 WILLARD STREET NW
WASHINGTON, DC 200091719                   WASHINGTON, DC   20009

RE: Notice of Interest Rate and Payment Change on your Adjustable Rate Mortgage.

Dear Mortgagor:

This notice is to advise you that the interest rate and monthly principal and interest payment on your Adjustable Rate Mortgage Loan is scheduled to adjust.

The interest rate in the Note that you executed will be adjusted on 07/01/05 to 8.600 (The new rate may have been rounded if and as provided in the Security Instrument). The current index value used in this calculation is 3.53750 to which we added 6.100 (Margin Points). Remember your rate cannot change by more than 1.500 (Rate Cycle Caps) per adjustment period. Your new rate will be in effect until 01/01/06.

Likewise, your Principal and Interest payment will be adjusted on 08/01/05 and will remain in effect until 02/01/06. Please remember that your Principal and interest amount may be limited based on the cap limitations stated in the Note. Your new payment is itemized as follows:

|             | New Payment | Old Payment |
|-------------|-------------|-------------|
| Index Value | 3.538       |             |
| Rate        | 8.600       | 7.100       |
| P&I         | $ 3386.48   | $ 2963.57   |
| Total       | *$ 3,386.48 |             |

* including reserves for taxes and insurance, if applicable.

On the adjustment date your projected Principal Balance will be $429,639.92 assuming you are making only your regular scheduled payments until that due date. Remember that your Escrow deposit shown is not constant and is subject to change. If we currently draft your monthly payments, the new amount will be drafted from your Bank Account.

If you have any questions regarding this adjustment please contact our Special Loans Department at 1-800-247-9727. Please remember your new payment will be due on or before 08/01/05.

Sincerely,

LITTON LOAN SVC         Fax:7139668830         Aug 29 2005 16:19    P.04

Special Loans Department                                        ARM 1.00