**EXHIBIT "13"**

## Victor H. Sparrow, III

**From:** Victor H. Sparrow, III [victorsparrow@comcast.net]
**Sent:** Friday, December 16, 2005 8:07 AM
**To:** Harrison G. Moore, IV
**Subject:** FW: Payoff Statement: 1768 Willard Street, N.W., Washington, District of Columbia 20009
**Attachments:** 12-13-05 Litton Loan Servicing.pdf

December 16, 2005

Dear Mr. Moore:

The purpose of this note is to confirm the receipt of the attached letter by Litton Loan Services.

An additional purpose of this letter is to inquire into whether a written response will be forthcoming from Litton Loan Services.

Thank you for your continuing courtesy and cooperation.

Sincerely,

Victor H. Sparrow, III

---

**From:** Victor H. Sparrow, III [mailto:victorsparrow@comcast.net]
**Sent:** Tuesday, December 13, 2005 8:13 AM
**To:** Harrison G. Moore, IV
**Cc:** Morton H. Press, Esquire
**Subject:** Payoff Statement: 1768 Willard Street, N.W., Washington, District of Columbia 20009

December 13, 2005

Dear Mr. Moore:

Thank you for your continuing assistance.

Sincerely,

Victor H. Sparrow, III

06 0087

FILED
JAN 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1/17/2006

December 13, 2005

**BY UNITED STATES EXPRESS MAIL**

Mr. Harrison G. Moore, IV
Litigation Processor
Litton Loan Servicing L.P.
4828 Loop Central Drive
Houston, Texas 77081-2226

Re:  Loan #13137435
     1768 Willard Street, Northwest
     Washington, District of Columbia 20009

Dear Mr. Moore:

The purpose of this letter is provide Litton with my Check No. 1701 for $3,400 constituting a timely payment of this loan for November 2005 and to thank you for your courtesy and patience in connection with this loan.

Since our initial correspondence, the attached original payoff demand and my loan history statement has been reviewed by three (3) mortgage bankers as well as settlement counsel and an accountant. Each of these individuals has been unable to explain or follow the demand of Litton for the payment of $9,078.65 in unpaid "interest."

Please consider this letter as a formal written demand for a concise comprehensible explanation of the derivation of this amount in accordance with 12 **United States Code** §§ 2604(e)(1)(A) *et seq.*

If you have any questions regarding this matter, please feel free to contact me at either (202) 246-7677 or volpone@flash.net. Please note that Press & Press has requested and awaits a revised Payoff Statement through December 2005.

Thank you for your continuing courtesy and your anticipated attention to this matter.

Sincerely,

Victor H. Sparrow, III

LITTON LOAN                    Fax:7136297599          Nov 15 2005  14:55        P.01



# LITTON LOAN SERVICING LP

*An affiliate of C-BASS*

4828 Loop Central Drive
Houston, Texas 77081-2226

Telephone 1-800-247-8727
Fax 713-960-9581
www.littonloan.com

## Payoff Statement

Send to:    Attn: Harrison Moore/ Legal Dept.

Loan Number: 13137435
Borrower Name: Victor Sparrow III
Property Address: 1768 Willard Street NW
                  Washington, DC 20009

Fax:(713)966-8930

PSV/INV/Pool/ 000/922/922204
Loan Type     CONV
FHA/VA/PMI#

STATEMENT DATE: 11/15/2005
GOOD THROUGH DATE: 11/29/2005
**This payoff quote is not valid if the good through date is in the past.**

INTEREST PAID TO DATE: 09/01/2005
INTEREST RATE: 0.066

This statement reflects the amount needed to prepay this mortgage in full. Only cashiers checks or certified funds are acceptable for final payment. Monthly mortgage payments should continue to be made in the normal manner, as the fact that the loan is in the process of being paid in full does not affect the responsibility for making scheduled payments.

Interest is collected to the date of the receipt of the payoff funds. Please allow for mailing time. Any funds received in excess of the payoff amount will be refunded 30 days after the payoff date. Excess escrow funds are refunded 15 days after the payoff date.

| | |
|---|---|
| Interest Due | $9,078.65 |
| Principal Balance | $428,921.49 |
| Total Late Charges | $338.64 |
| Total Due | $438,338.78 |

If paid after 11/29/2005 please add if applicable

| | |
|---|---|
| MONTHLY LATE CHARGE | $189.32 |
| PER DIEM INTEREST | $101.06 |

### GENERAL ACCOUNT INFORMATION

| | |
|---|---|
| SUSPENSE BALANCE | $37.04 |

| | |
|---|---|
| P&I | $2,396.48 |
| TOTAL MORTGAGE PAYMENT | $2,396.48 |

Our payoff amount is subject to change in the event that any additional charges become due, which have not been included herein, or if any of the payoff figures provided herein have been inadvertently miscalculated or omitted.

468165