**EXHIBIT "14"**

# Victor H. Sparrow, III

**From:** Harrison.Moore@litton.c-bass.com
**Sent:** Tuesday, December 27, 2005 12:18 PM
**To:** VictorSparrow@Comcast.Net
**Subject:** RE: Payoff Statement: 1768 Willard Street, N.W., Washington, District of Columbia 20009

Mr. Sparrow:

We received your email and letter. A response will indeed be forthcoming.

Harrison

> -----Original Message-----
> **From:** Victor H. Sparrow, III [mailto:victorsparrow@comcast.net]
> **Sent:** Friday, December 16, 2005 7:07 AM
> **To:** Moore, Harrison (Litton)
> **Subject:** FW: Payoff Statement: 1768 Willard Street, N.W., Washington, District of Columbia 20009
>
> December 16, 2005
>
> Dear Mr. Moore:
>
> The purpose of this note is to confirm the receipt of the attached letter by Litton Loan Services.
>
> An additional purpose of this letter is to inquire into whether a written response will be forthcoming from Litton Loan Services.
>
> Thank you for your continuing courtesy and cooperation.
>
> Sincerely,
>
> Victor H. Sparrow, III

---

**From:** Victor H. Sparrow, III [mailto:victorsparrow@comcast.net]
**Sent:** Tuesday, December 13, 2005 8:13 AM
**To:** Harrison G. Moore, IV
**Cc:** Morton H. Press, Esquire
**Subject:** Payoff Statement: 1768 Willard Street, N.W., Washington, District of Columbia 20009

December 13, 2005

Dear Mr. Moore:

Thank you for your continuing assistance.

Sincerely,

Victor H. Sparrow, III

1/6/2006

06 0087

FILED
JAN 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

1/6/2006