**EXHIBIT "15"**

**LLS**

LITTON LOAN SERVICING LP
4828 LOOP CENTRAL DRIVE
HOUSTON TX 77081-2226

**BILLING STATEMENT**

| | |
|---|---|
| STATEMENT DATE | 12/15/2005 |
| ACCOUNT NUMBER | 0013137435 |
| PRINCIPAL AND INTEREST | 3,386.48 |
| ESCROW AMOUNT | 0.00 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL PAYMENT** | **3,386.48** |
| LATE CHARGES DUE | 169.32 |
| OTHER FEES DUE | 3,388.33 |
| **CONTRACTUAL DUE DATE** | **12/01/2005** |
| CURRENT INTEREST RATE | 8.6000 |
| *PRINCIPAL BALANCE | 428,294.17 |
| ESCROW BALANCE | 0.00 |
| SUSPENSE BALANCE | 54.08 |

* This is NOT a payoff balance

92113-068650-014

Victor Sparrow III
1768 WILLARD ST NW
WASHINGTON DC 20009-1719

PROPERTY ADDRESS: 1768 Willard Street Nw
Washington DC 20009

This is an attempt to collect your debt. Any information that you provide will be used for that purpose.

## TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE/FEE OTHER |
|---|---|---|---|---|---|---|

We are unable to display any transactions that may have occurred since the last statement date at this time. Please visit our website, www.littonloan.com where 12 months of history can be viewed. If there are questions regarding the history please use our Contact Us page on the website for your convenience.

## IMPORTANT MESSAGES

The 2005 IRS Tax and Interest information will be available at www.littonloan.com after January 2, 2006 and will be mailed no later than January 31, 2006.

↓ Tear Here ↓

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND KEEP TOP PORTION FOR YOUR RECORDS.**

| ACCOUNT NUMBER | CURRENT PAYMENT AMOUNT | DUE DATE | TOTAL AMOUNT NOW DUE |
|---|---|---|---|
| 0013137435 | $3,386.48 | 01/01/2006 | $6,888.20 |
| | LATE PAYMENT AMOUNT | LATE DATE | ADDITIONAL AMOUNT ENCLOSED |
| | $7,057.52 | 01/17/2006 | |

Victor Sparrow III

☐ Please check box to indicate mailing address/phone number/social security number changes and enter changes on back of coupon.

PRINCIPAL $
ESCROW $
OTHER $
TOTAL ENCLOSED $

LITTON LOAN SERVICING LP
PO BOX 4387
HOUSTON TX 77210-4387

06 0087

**FILED**

JAN 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

520131374357 0705752 0338648