IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOR H. SPARROW, III ) Case No.: 1:06cv00087 (HHK)
1768 Willard Street, Northwest )
Washington, District of Columbia 20009 )
)
)  **RECEIVED**
Plaintiff, )
v. )  FEB 27 2006
)
)  NANCY MAYER WHITTINGTON, CLERK
LITTON LOAN SERVICING, LP. )  U.S. DISTRICT COURT
4828 Loop Central Drive )
Houston, Texas 77081 )
Defendant. )

## PROOF OF SERVICE ON REGISTERED AGENT.

I, Ahmed O. Hassan, state and declare under penalty of perjury that I am a citizen of the United States and that I reside within the District of Columbia at 1806 Monroe Street, Northeast, Washington, District of Columbia 20018. I am over the age of eighteen (18) years and not a party to the above encaptioned action.

On January 19, 2006, I personally served the "Summons & Complaint" in this cause upon Litton Loan Servicing, L.P., through its designated registered agent in the State of Maryland, CSC Lawyers Incorporating Service Company, Suite 4B, 11 East Chase Street, Baltimore, Maryland 21202. At the time of service, I obtained the business cards attached hereto as Exhibit "A."

I declare under penalty of perjury under the law of the District of Columbia and those of the United States including but not limited to 28 United States Code 1624 that the foregoing is true and correct.

Executed at Washington, District of Columbia on February 27, 2006.

Dated: February 27, 2006

*[signature]*

AHMED O. HASSAN

Page 1.

EXHIBIT "A"

### KENNETH W. STRONG, P.A.
ATTORNEY AT LAW

11 EAST CHASE STREET
SUITE 4B
BALTIMORE, MARYLAND 21202

TELEPHONE: (410) 576-9400
FACSIMILE: (410) 576-9577
E-MAIL: kwspa@msn.com



CSC Lawyers Inc. Serv.

Elinam Renner
Legal Clerk

11 E. Chase Street
Suite 4B
Baltimore Maryland 21202
Ph. 410 576 9400
Fx. 410 576 9577