**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

VICTOR H. SPARROW, III          *

      Plaintiff,          *

                        CIVIL ACTION NO.:

v.          *

                        1:06cv00087

LITTON LOAN SERVICING, L.P          *

      Defendant          *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ENTRY OF APPEARANCE**

DEAR CLERK:

      Please kindly enter the appearance of Michael Cantrell and Friedman & MacFadyen, P.A. as attorneys for the Defendant Litton Loan Servicing, LP in the above referenced matter.

      Respectfully submitted,

      FRIEDMAN & MacFADYEN, PA.

      /s/ Michael T. Cantrell
      _____
      Michael T. Cantrell
      Attorney for Defendant, Litton Loan Servicing, LP
      210 East Redwood Street
      Baltimore, Maryland 21202
      DC Federal Bar # 387615
      (410) 685-1763