IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| VICTOR H. SPARROW, III  * | |
| Plaintiff,  * | |
| | CIVIL ACTION NO.: |
| v.  * | |
| | 1:06cv00087 |
| LITTON LOAN SERVICING, L.P  * | |
| Defendant  * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LITTON LOAN SERVICING, LP'S ANSWER TO DEFENDANT'S REQUEST FOR DEFAULT

**NOW COMES**, Litton Loan Servicing, LP by and through their attorneys, Michael T. Cantrell, and Friedman & MacFadyen, P.A., and move this Court to deny the "Request for Default," for the following reasons:

1. It denies the allegation contained in Paragraph 1 of the "Motion," concerning service.

2. It denies the allegation contained in Paragraph 2 of the "Motion."

3. It admits the allegation contained in Paragraph 3 of the "Motion," concerning receipt of certified mail, by Kenneth J. MacFadyen of Friedman & MacFadyen, P.A. and Harrison Moore IV of Litton Loan Servicing, LP, as alleged.  Neither Kenneth J. MacFadyen nor Harrison Moore IV is designated to accept service on behalf of Litton Loan Servicing, LP as evidenced by the attached Affidavits.

4. It admits the allegation contained in Paragraph 4 of the "Motion."

5. They deem no response is necessary to the statements contained in Paragraph 5 of the "Motion."

6. Further answering it says that as of March 6, 2006 no Complaint and Summons has ever been served upon CSC Lawyers Incorporated, as agent for Litton Loan Servicing, LP in the State of Maryland, which requires a response as evidenced by the attached Affidavit.

**WHEREFORE,** Litton Loan Servicing, LP prays:

    A.    That the "Request for Default" be denied;

    B.    For such other further relief as their cause may require.

Respectfully submitted,

FRIEDMAN & MacFADYEN, PA.

/s/ Michael T. Cantrell
_____
Michael T. Cantrell
Attorney for Defendant, Litton Loan Servicing, LP
210 East Redwood Street
Baltimore, Maryland 21202
DC Federal Bar # 387615
(410) 685-1763

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LITTON LOAN SERVICING,LP'S RESPONSE TO PLAINTIFF'S "REQUEST FOR DEFAULT"

The Complaint referred to in the "Request for Default" has yet to be properly served upon the Defendant Litton Loan Servicing, LP ("Litton") pursuant to the Federal Rules of Civil Procedure, designating how to properly serve a Federal Complaint.

The Federal Rules of Civil Procedure provide for service of process upon a corporation by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statue so requires, by also mailing copy of the defendant.  Fed.R.Civ.Proc. 4(h) (1).

In this instant case CSC Lawyers Incorporated, agent for Litton Loan Servicing, LP in the State of Maryland, has not been served as evidenced by an Affidavit attached hereto.  Neither Kenneth J. MacFadyen nor Harrison Moore IV have been or are authorized to accept service on behalf of Litton as evidenced by their attached Affidavits.

Therefore Litton moves for a dismissal of the Request for Default for all of the above reasons.

                                            Respectfully submitted,

                                            FRIEDMAN & MacFADYEN, PA.

                                            /s/ Michael T. Cantrell
                                            _____
                                            Michael T. Cantrell
                                            Attorney for Defendants,

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 13th day of March, 2006, a copy of the foregoing Entry of Appearance, Response to Plaintiff's "Request for Default", Memorandum of Points & Authorities, Affidavits and proposed Order was sent, via U.S. First Class Mail, postage prepaid, to: Victor H. Sparrow, III, 1768 Willard Street NW, Washington, DC 20009.

/s/ Michael T. Cantrell
_____
Michael T. Cantrell

In the event that this document is being filed electronically without original signatures, by my electronic signature above, I Michael Cantrell, HEREBY CERTIFY that the copy of the Response to the Motion for Default submitted to the Court are identical to those set forth in the original; and the signature represented by the /s/ on this copy reference the signature on the original.