# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VICTOR H. SPARROW, III       \*

     Plaintiff,       \*

                          CIVIL ACTION NO.:

v.                            \*

                          1:06cv00087

LITTON LOAN SERVICING, L.P       \*

     Defendant       \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

I, KENNETH J. MacFADYEN, under penalty of perjury, do solemnly swear and affirm on personal knowledge as follows:

1.      That I am above the age of eighteen (18) years.

2.      That I am competent to testify, and that I am the Secretary/Treasurer of the law firm of Friedman & MacFadyen, PA, and make the following representations.

3.      That I have read the "Response to the Request for Default" filed by the captioned Defendant, Litton Loan Servicing, LP and I know the following to be true.

4.      The above captioned Plaintiff, Victor H. Sparrow, forwarded a copy of the Summons and Complaint in the above referenced case to Kenneth J. MacFadyen, Esq., Friedman & MacFadyen,P.A., by Certified Mail, which was received on or about January 22, 2006.

5.      That I am not the Resident Agent for Litton Loan Servicing, LP in Maryland, neither am I an officer, managing or general agent or other agent authorized by appointment or by law to accept service on behalf Litton Loan Servicing, LP.

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
TOTMAN BLDG. - SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MD 21202-3399

(410) 685-1763

7,     That the Return Receipt for the Certified Mailings of the aforesaid Summons and

Complaint to Friedman & MacFadyen, PA were not signed by any officer,

managing or general agent or other agent authorized by appointment or by law to

accept service of process on behalf Litton Loan Servicing, LP.

Kenneth J. MacFadyen, Secretary/Treasurer
Friedman & MacFadyen, PA
210 East Redwood Street, 4th Floor
Baltimore, MD 21202-3399
(410) 685-1763


Sworn and Subscribed to before me, a Notary Public for the State of Maryland, on this
13th day of March, 2006.

NOTARY PUBLIC

My Commission Expires: _8/1/07_

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
TOTMAN BLDG. - SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MD 21202-3399

(410) 685-1763

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VICTOR H. SPARROW, III                    \*

      Plaintiff,                    \*

                                   CIVIL ACTION NO.:

v.                    \*

                                   1:06cv00087

LITTON LOAN SERVICING, L.P                    \*

      Defendant                    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

    I, HARRISON G. MOORE IV, under penalty of perjury, do solemnly swear and affirm on personal knowledge as follows:

    1.    That I am above the age of eighteen (18) years.

    2.    That I am competent to testify, and that I am a Paralegal in Litton Loan Servicing LP's Legal Department and make the following representations.

    3.    That I have read the "Response to the Request for Default" filed by the captioned Defendant, Litton Loan Servicing LP and I know the following to be true.

    4.    The above captioned Plaintiff, Victor H. Sparrow, forwarded a copy of the Summons and Complaint in the above referenced case to Litton Loan Servicing LP care of me, by Certified Mail, which was received on or about January 25, 2006.

    5.    That I am not the Resident Agent for Litton Loan Servicing LP, neither am I an officer, managing or general agent or other agent authorized by appointment or by law to accept service on behalf Litton Loan Servicing LP.

7.  That the Return Receipt for the Certified Mailings of the aforesaid Summons and
    Complaint to Litton Loan Servicing LP were not signed by any officer, managing or
    general agent or other agent authorized by appointment or by law to accept service of
    process on behalf of Litton Loan Servicing LP.

8.  The resident agent for Litton Loan Servicing LP in the State of Maryland is CSC
    Lawyers Incorporated.



Harrison G. Moore IV
Litton Loan Servicing LP
4828 Loop Central Drive
Houston, Texas 77081


Sworn and Subscribed to before me, a Notary Public for the State of Texas, on this $\underline{13}$
day of March, 2006.

JANICE LEDET
Notary Public, State of Texas
My Commission Expires
October 31, 2009

_____
NOTARY PUBLIC

My Commission Expires: _____

STATE OF DELAWARE          : ss.
NEW CASTLE COUNTY          :

## AFFIDAVIT OF LYNANNE GARES

Lynanne Gares, being duly sworn upon her oath, deposes and says:

1.    I am an employee of Corporation Service Company (CSC), an affiliated company to CSC Lawyers Incorprating Service Company. I am authorized to execute this affidavit on behalf of CSC.

2.    According to our records, CSC is listed as the registered agent in the state of Maryland for Litton Loan Servicing LP.

3.    According to our records, as of March 6, 2006, CSC has no record of having been served with a Summons or Complaint for Litton Loan Servicing LP in the matter of Victor H. Sparrow, III v. Litton Loan Servicing, LP, Case Number 1:06cv00087 in the United States District Court for the District of Columbia.

4.    According to our records, as of March 6, 2006, CSC has no record of having been served with any other documents for Litton Loan Servicing LP in the matter of Victor H. Sparrow, III v. Litton Loan Servicing, LP, Case Number 1:06cv00087 in the United States District Court for the District of Columbia.

Sworn to and subscribed before me this
the  9th  day of  March, 2006 .

_Mary S. Messina_
Notary Public for the State of Delaware
My Commission expires:  7/9/2006

_Lynanne Gares_
LYNANNE GARES