IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III<br>1768 Willard Street, Northwest<br>Washington, District of Columbia 20009<br><br>Plaintiff,<br>v.<br><br>LITTON LOAN SERVICING, LP.<br>4828 Loop Central Drive<br>Houston, Texas 77081<br>Defendant. | ) Case No.: 1:06cv00087 (HHK)<br>)<br>) RESPONSE TO OPPOSITION<br>) TO REQUEST TO ENTER<br>) DEFAULT AND REQUEST<br>) FOR MANDATORY<br>) JUDICIAL NOTICE.<br>)<br>)<br>)<br>) |

Comes now, Plaintiff *pro se*, Victor H. Sparrow, III, pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure* ("*FRCP*") and requests that the default of Litton Loan Servicing, Limited Partnership be entered in this cause for its failure to plead or otherwise move within the twenty (20) days established by *FRCP* Rule 12(1)(A). In support of this "Request to Enter Default," the Plaintiff, under penalty of perjury pursuant to 28 *United States Code* §1746, states and declares as follows:

1. The Complaint in this cause was filed on January 17, 2006. The Summons and Complaint were served upon Defendant Litton Loan Servicing, Limited Partnership through personal service upon its designated agent for service of process within the State of Maryland, CSC Lawyers Incorporating Service on January 19, 2006. The requisite "Proof of Service" was filed in the Office of the Clerk of Court. The "Proof of Service" on file in this cause demonstrates that such service took place including copies of business cards received in the office of the designated registered agent at the time of such service.

RECEIVED
MAR 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. The Court is requested to take "mandatory judicial notice" pursuant to Rule 201(d) of the *Federal Rules of Evidence* of the designation of registered agent by the Maryland State Department of Assessment & Taxation designating CSC Lawyers Incorporating Service as the registered agent for Defendant Litton Loan Servicing Limited Partnership. This designation was in effect on January 19, 2006. A true xerographic copy of this record is attached hereto and incorporated by reference as Exhibit "A."

3. The twenty (20) day period provided for under *FRCP* Rule 12(a)(1)(A) expired on February 10, 2006. As of the date first written above, there has been no response or pleading served upon the Plaintiff in response to the Complaint.

4. Additional copies of the Summons & Complaint were mailed by Certified Mail Return Receipt Requested on January 19, 2006 to Kenneth MacFadyen, Esquire, Friedman & MacFayden, 210 East Redwood Street, Baltimore, Maryland 21202 (#7005 1820 0007 2084 6046) and Litton Loan Servicing, Limited Partnership, itself, (#7005 1820 0007 2084 6039) c/o Harrison G. Moore, IV, Litigation Paralegal for Litton Loan Servicing, L.P., 4828 Loop Central, Houston, Texas 77081. According to records maintained by the United States Postal Service, the MacFayden letter was received at 1:55 pm on January 20, 2006 in Baltimore, Maryland 21202 and the Litton letter was received at 11:40 am on January 25, 2006 in Houston, Texas 77081.

5. The "Affidavit of Harrison G. Moore, IV" and the "Affidavit of Kenneth J. MacFadyen" are neither probative or relevant on the issue of whether a default should be entered in this cause because the Plaintiff does not rely upon service upon either of them for this request for the entry of default in this cause but rather upon the

designated agent of the Defendant, CSC Lawyers Incorporating Service. The "Affidavit Lynanne Gares" should be struck because it is not that of a competent individual or employee of CSC Lawyers Incorporating Service but only that of an "affiliate." These affidavits do, however, reveal that responsible agents of the defendant had actual knowledge of the suit. It is respectfully submitted that service has been made upon the defendant under the provisions of Rule 4(c)(3) of the *Rules of the Superior Court of the District of Columbia*

6. It is respectfully submitted that the entry of a default is not a discretionary act by the Clerk of Court as reflected by the presence of the word "shall" is *FRCP* Rule 55(a) and that the appropriate procedure to seek relief would be a noticed motion pursuant to *FRCP* Rule 55(c).

7. I am fully competent to testify and would do so to the foregoing substance and effect based upon my own personal knowledge if called upon to do so in any Court of competent jurisdiction.

Executed at Washington City, within the District of Columbia on March 23, 2006.

Dated: March 23, 2006

THE PLAINTIFF, Pro se

By _____
Victor H. Sparrow, III
1768 Willard Street, Northwest
Washington, District of Columbia 20009

Telephone: (202) 246-7677

**EXHIBIT "A"**



**Maryland Department of Assessments and Taxation** 4

**Taxpayer Services Division**
301 West Preston Street ▓ Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | **Business Entity Information** (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

## Taxpayer Services Division

**Entity Name: LITTON LOAN SERVICING LP**
**Dept. ID #: P06366876**

| General Information | Amendments | Personal Property | Certificate of Status |

**Principal Office (Current):**
SUITE 400
2711 CENTERVILLE ROAD
WILMINGTON, DE   19808

**Resident Agent (Current):** CSC LAWYERS INCORPORATING SERVICE COMPA
11 E. CHASE ST.
BALTIMORE, MD   21202

**Status:** ACTIVE

**Good Standing:** Yes

**Business Code:** Other

**Date of Formation or Registration:** 07/02/2001

**State of Formation:** DE

**Stock/Nonstock:** N/A

**Close/Not Close:** Unknown

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |

## PROOF OF SERVICE

I, Trung Van La, state and declare under penalty of perjury that I am a citizen of the United States and that I reside in the City of Silver Spring, County of Montgomery, State of Maryland. I am over the age of eighteen (18) years and not a party to the above encaptioned action. My business address is 1200 New Hampshire Avenue, N.W., Washington, District of Columbia 20036.

On the day set forth below I served the within "**REQUEST TO ENTER DEFAULT**" in Civil Action No.: **1:06cv00087** (HHK) in the United States District Court for the District of Columbia on each of the Defendants by placing a true copy thereof enclosed in a sealed envelope with first class Postage thereon fully prepaid, in the United States Postal Service Mail depository at Washington City within the District of Columbia, addressed to each of the following:

> Kenneth MacFadyen, Esquire
> Michael T. Cantrell, Esquire
> Friedman & MacFadyen
> 210 E. Redwood Street
> Baltimore Maryland 21202

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct pursuant to 28 *United States Code* §1746.

Executed at Washington City, within the District of Columbia on March 23, 2006.

Dated: March 23, 2006

_____
TRUNG VAN LA