IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR H. SPARROW, III**<br>1768 Willard Street, Northwest<br>Washington, District of Columbia 20009<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>**LITTON LOAN SERVICING, LP.**<br>4828 Loop Central Drive<br>Houston, Texas 77081<br>　　　　　　Defendant. | Case No.: **1:06cv00087 (HHK)**<br><br><br><br><br><br>April 21, 2006 |

## NOTICE OF MOTION AND MOTION FOR STATUS CONFERENCE AND FOR ORDER REQUIRING A RULE 16 MEETING AND CONFERENCE.

TO:　　**LITTON LOAN SERVICING, LP., & MESSERS. FRIEDMAN & MacFAYDEN, ITS ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** that the Plaintiff hereby moves this Court pursuant to Rules 7 & 16 (a) of the *Federal Rules of Civil Procedure (FRCP)* and *Local Civil Rule ("LCvR")* 16.3 (a)(1) for orders requiring: (1) the disclosure of those items set out in *FRCP* Rule 26; (2) the holding of a *FRCP* and *LCvR* Rule 16 Conference between the parties; & (3) a status conference before the Court.

This motion has been necessitated by the refusal of Defendant Litton Loan Servicing, L.P. to participate in such a conference following no less than three (3) written requests to the Plaintiff.

This cause concerns the necessity and adequacy of disclosure and an accounting for a real estate loan transaction involving the personal residence of the plaintiff located at 1768 Willard Street, Northwest, Washington, District of Columbia 20009-1719. After numerous written requests of the Defendant, the

RECEIVED
APR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

complaint in this cause was filed on a *pro se* basis by the Plaintiff, an Afro-American male citizen of the District of Columbia, in the United States District Court for the District of Columbia on January 19, 2006. The Defendant has filed an answer. Jurisdiction is based upon several Federal statutes as well as "complete diversity" between the parties within the meaning of 28 *United States Code* § 1332 between the Plaintiff and each of the defendants. Venue is based upon the residency of the Plaintiff within the District of Columbia.

Without the citation of controlling or applicable legal authority following no less than three (3) written requests, Litton has refused to make the required FRCP Rule 26 disclosures or to participate in a *FRCP* Rule 16 meeting. As of this date, there has been no discovery.

This motion is based upon the instant Notice of Motion and Motion, the Declaration of Plaintiff and Movant Victor H. Sparrow, III in Support of Motion, the files and records of this cause, and any other matters which may be brought to the attention of the Court either prior to or upon the date of hearing.

Dated: April 21, 2006

THE PLAINTIFF, Pro se

By_____
Victor H. Sparrow, III
1768 Willard Street, Northwest
Washington, District of Columbia 20009

Telephone: (202) 246-7677

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR H. SPARROW, III** <br> 1768 Willard Street, Northwest <br> Washington, District of Columbia 20009 <br><br> Plaintiff, <br> v. <br><br> **LITTON LOAN SERVICING, LP.** <br> 4828 Loop Central Drive <br> Houston, Texas 77081 <br> Defendant. | Case No.: **1:06cv00087 (HHK)** <br><br><br><br> April 21, 2006 |

### DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR STATUS CONFERENCE AND FOR ORDER REQUIRING A RULE 16 MEETING AND CONFERENCE.

Comes now, Plaintiff pro se Victor H. Sparrow, III, under penalty of perjury under the laws of the District of Columbia and those of the United States including but not limited to 28 *United States Code* §1746(2) based upon his own personal knowledge makes and declares this Declaration in Support of Motion for Order.

1. That I was born on January 6, 1945 at Philadelphia Pennsylvania and currently reside at 1768 Willard Street, Washington, District of Columbia 20009-1719.

2. That I am fully competent to testify and would do so to the following substance and effect in any Court or administrative tribunal of competent jurisdiction to the following substance and effect based upon my own personal knowledge.

3. On or about March 27, 2006, I requested in writing that Defendant Litton Loan Servicing, L.P. schedule and participate in a *FRCP* Rule 16 meeting and make the disclosures required by FRCP Rule 26. A true xerographic copy of the request dated March 27, 2006 is attached and incorporated by reference as Exhibit "A." This was followed by e-mails of March 28, 2006 (Exhibit "B") and March 31, 2006 (Exhibit "C").

4. Defendant Litton Loan Servicing, L.P. has failed to respond as of the date of this Motion. This refusal continues to impose a substantial prejudice upon the Plaintiff because of the exclusive possession by the Defendant of all of the required materials that are required for the preparation of this case.

5. I would testify to the foregoing facts in this Court or any other forum at any time under penalty of perjury if called upon to do so based upon my own personal knowledge.

This Affidavit and Declaration has been made under penalty of perjury pursuant to the laws of the District of Columbia and those of the United States of America pursuant to 28 *United States Code* §1724(d) on this <u>21st</u> day of April, 2006 at Washington City within the District of Columbia.

Dated: <u>April 21, 2006</u>

_____
VICTOR H. SPARROW, III

**EXHIBIT "A"**

# VICTOR H. SPARROW, III
1768 Willard Street, Northwest
Washington, District of Columbia 20009-1719

Telephone: (202) 246-7677

March 27, 2006

Kenneth MacFadyen, Esquire
Michael T. Cantrell, Esquire
Friedman & MacFadyen
210 East Redwood Street
Baltimore, Maryland 21202

Re:   Sparrow v. Litton Loan Servicing, LP
      Civil Case Number: **06 0087 HHK**
      United States District Court for the District of Columbia

Gentlemen:

The purpose of this letter is to request your assistance in scheduling the meeting required by Rule 16 of the ***Federal Rules of Civil Procedure*** as well as Local Rule 16.3 of the Rules of the United States District Court for the District of Columbia.

Please provide me with a convenient time after 2:00 p.m. any day during the week of April 3, 2006. The meeting will be conducted in the second floor conference room of Meiwah Restaurant located at 1200 New Hampshire Avenue, Northwest, Washington, District of Columbia 20036.

Please note that I may also be reached at my e-mail address of volpone@flash.net.

Thank you for your continuing courtesy and anticipated attention to this matter.

Sincerely,

_____
Victor H. Sparrow, III

**EXHIBIT "B"**

**From:** Victor H. Sparrow, III [victorsparrow@comcast.net]
**Sent:** Tuesday, March 28, 2006 11:28 AM
**To:** Kenneth MacFadyen, Esquire
**Subject:** 03-27-06 Litton Counsel

March 28, 2006

Thank you for your continuing courtesy and assistance.

Best regards,

Victor

---

March 27, 2006

Kenneth MacFadyen, Esquire
Michael T. Cantrell, Esquire
Friedman & MacFadyen
210 East Redwood Street
Baltimore, Maryland 21202

Re:   Sparrow v. Litton Loan Servicing, LP
      Civil Case Number: **06 0087 HHK**
      <u>United States District Court for the District of Columbia</u>

Gentlemen:

The purpose of this letter is to request your assistance in scheduling the meeting required by Rule 16 of the ***Federal Rules of Civil Procedure*** as well as Local Rule 16.3 of the Rules of the United States District Court for the District of Columbia.

Please provide me with a convenient time after 2:00 p.m. any day during the week of April 3, 2006. The meeting will be conducted in the second floor conference room of Meiwah Restaurant located at 1200 New Hampshire Avenue, Northwest, Washington, District of Columbia 20036.

Please note that I may also be reached at my e-mail address of volpone@flash.net.

Thank you for your continuing courtesy and anticipated attention to this matter.

Sincerely,


_____
Victor H. Sparrow, III

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.385 / Virus Database: 268.3.2/294 - Release Date: 3/27/2006

**EXHIBIT "C"**

**From:** Victor H. Sparrow, III [victorsparrow@comcast.net]
**Sent:** Friday, March 31, 2006 10:44 AM
**To:** Kenneth MacFadyen, Esquire
**Cc:** 'mike@fmlaw.com'
**Subject:** FW: 03-27-06 Litton Counsel

March 31, 200

Gentlemen:

Please provide me with a mutually convenient date.

Thank you.

Victor H. Sparrow, III

---

**From:** Victor H. Sparrow, III [mailto:victorsparrow@comcast.net]
**Sent:** Tuesday, March 28, 2006 11:28 AM
**To:** Kenneth MacFadyen, Esquire
**Subject:** 03-27-06 Litton Counsel

March 28, 2006

Thank you for your continuing courtesy and assistance.

Best regards,

Victor

---

March 27, 2006

Kenneth MacFadyen, Esquire
Michael T. Cantrell, Esquire
Friedman & MacFadyen
210 East Redwood Street
Baltimore, Maryland 21202

  Re: Sparrow v. Litton Loan Servicing, LP
     Civil Case Number: **06 0087 HHK**
     <u>United States District Court for the District of Columbia</u>

Gentlemen:

The purpose of this letter is to request your assistance in scheduling the meeting required by Rule 16 of the ***Federal Rules of Civil Procedure*** as well as Local Rule 16.3 of the Rules of the United States District Court for the District of Columbia.

Please provide me with a convenient time after 2:00 p.m. any day during the week of April 3, 2006. The meeting will be conducted in the second floor conference room of Meiwah Restaurant located at 1200 New Hampshire Avenue, Northwest, Washington, District of Columbia 20036.

Please note that I may also be reached at my e-mail address of volpone@flash.net.

Thank you for your continuing courtesy and anticipated attention to this matter.

Sincerely,


Victor H. Sparrow, III

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.385 / Virus Database: 268.3.2/294 - Release Date: 3/27/2006


--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.385 / Virus Database: 268.3.4/299 - Release Date: 3/31/2006

## PROOF OF SERVICE

I, Trung Van La, state and declare under penalty of perjury that I am a citizen of the United States and that I reside in the City of Silver Spring, County of Montgomery, State of Maryland. I am over the age of eighteen (18) years and not a party to the above encaptioned action. My business address is 1200 New Hampshire Avenue, N.W., Washington, District of Columbia 20036.

On the day set forth below I served the within "**NOTICE OF MOTION & MOTION FOR STATUS CONFERENCE**" in Civil Action No.: **05 0581 HHK** in the United States District Court for the District of Columbia on each of the Defendants by placing a true copy thereof enclosed in a sealed envelope with first class Postage thereon fully prepaid, in the United States Postal Service Mail depository at Washington City within the District of Columbia, addressed to each of the following:

> Kenneth MacFadyen, Esquire
> Michael T. Cantrell, Esquire
> Friedman & MacFadyen
> 210 East Redwood Street
> Baltimore, Maryland 21202

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct pursuant to 28 *United States Code* §1746.

Executed at Washington City, within the District of Columbia on April 21, 2006.

Dated: April 21, 2006

_____
TRUNG VAN LA