VICTOR H. SPARROW, III

May 17, 2006

Ms. Nancy Mayer-Whittington
Clerk of Court
United States District Court for the District of Columbia
United States Courthouse
Third & Constitution Avenue, Northwest
Washington, District of Columbia 20001

Re:    Sparrow v. Litton Loan Servicing, LP
       Civil Case Number: **06 0087 HHK**
       United States District Court for the District of Columbia

Dear Ms. Whittington:

The purpose of this letter is to request that the "Motion for Order Requiring a FRCP Rule 16 Conference" be withdrawn.

Counsel for Litton and I were able to resolve these issues through discussion and consultation. Such a conference shall be conducted at a mutually convenient time sometime during the next fourteen (14) days.

Thank you for your courtesy and your anticipated attention to these matters.

Sincerely,

Victor H. Sparrow, III

cc:    Kenneth MacFadyen, Esquire
       Michael T. Cantrell, Esquire
       Friedman & MacFadyen
       210 East Redwood Street
       Baltimore, Maryland 21202

RECEIVED

JUN 5 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1768 Willard Street, Northwest
Washington, District of Columbia 20009-4719
Cell Telephone: (202) 246-7677

E-Mail Address: volponc@flash.net