UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LLP,<br><br>Defendant. | Civil Action 06-00087  (HHK) |

## ORDER

On December 19, 2007, Plaintiff Victor H. Sparrow, III failed to appear at a status conference in this case.

Accordingly, this 19th day of December 2007, it is

**ORDERED** that Mr. Sparrow shall show cause in a written submission that shall be filed by no later than January 15, 2008 why his complaint should not be dismissed for failure to prosecute, or the case will be dismissed pursuant to Local Rule 83.23; and it is further

**ORDERED** that the parties shall appear in this court for a status conference on February 22, 2008 at 11:30 a.m.

Henry H. Kennedy, Jr.
United States District Judge