IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR H. SPARROW, III<br>1768 Willard Street, Northwest<br>Washington, District of Columbia 20009<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LITTON LOAN SERVICING, LP.<br>4828 Loop Central Drive<br>Houston, Texas 77081<br>　　　　　　　　Defendant. | Case No.: 1:06cv00087 (HHK)<br><br>**RECEIVED**<br>JAN 10 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>January 10, 2007 |

TO:   LITTON LOAN SERVICING, LP., & MESSERS.
FRIEDMAN & MacFAYDEN, ITS ATTORNEYS OF RECORD.

**PLEASE TAKE NOTICE** that the Plaintiff hereby files this response to the Court Order of December 19, 2007 requiring a written statement setting out the reasons why the Court should not dismiss the Complaint filed in this cause on January 19, 2006 because of his failure to attend the Status Conference on December 19, 2007. Prior to this receipt of that Order by First Class Mail, the Plaintiff filed a "Notice of Motion & Motion to Reschedule Status Conference" on December 31, 2007 ("Motion").

The plaintiff incorporates the substance of the Motion in this written response and moves the Court to take "mandatory judicial notice" of the "Order Granting Plaintiffs' Motion for Certification of a Nationwide RESPA Class" filed in Case No. CV 05-07673 MMM in the United States District Court for the Central District of California pursuant to Rule 201(d) of the *Federal Rules of Civil*

*Evidence (FRE).*[1] A copy of the Order is attached and incorporated by reference in this filing as Exhibit "A." The Plaintiff also moves the Court to take "mandatory judicial notice" of the "Company Report on Litton Loan Servicing" by the Better Business Bureau of Metropolitan Houston Texas" attached and incorporated by reference as Exhibit "B." Neither of these documents is offered to prove the allegations set out in the Complaint in this cause but only for the matters set out in the Exhibits.

The Court Order, Exhibit "A," demonstrates that this same Defendant, Litton Loan Service, LP, is the subject of a California State Class action for alleged ongoing deficiencies regarding loan servicing as opposed to erroneous payoff accounting as alleged in the Complaint in this cause. The Exhibit also supplies useful background information on the operations and organization of Litton in the subprime marketplace.

Exhibit "B" demonstrates only that as of January 8, 2008 that there were 444 complaints regarding Litton accounting during the thirty-six (36) month period ending December 31, 2007.

This cause concerns the necessity and adequacy of disclosure and an accounting for a subprime mortgage loan involving the personal residence of the plaintiff located at 1768 Willard Street, Northwest, Washington, District of Columbia 20009-1719. The Plaintiff was the subject of an extortionate final demand in escrow by the mortgage servicer, Defendant Litton Loan Servicing. The complaint in this cause was filed on a *pro se* basis almost two (2) years ago by the Plaintiff, an Afro-American male citizen of the District of Columbia, in the United States District Court for the District of Columbia on January 19, 2006. The Defendant has filed an answer. Jurisdiction is based upon several Federal statutes as well as "complete diversity" between the parties within the meaning of 28 *United States Code* § 1332 between the Plaintiff and each of the defendants.

---

[1] This case from the Central District of California was filed against Litton Loan Servicing; L.P. on October 25, 2006, approximately ten (10) months after this case was filed.

Venue is based upon the residency of the Plaintiff within the District of Columbia.

This motion is based upon the instant Notice of Motion and Motion, the Declaration of Plaintiff and Movant Victor H. Sparrow, III in Support of Motion, the files and records of this cause, and any other matters which may be brought to the attention of the Court either prior to or upon the date of hearing.

Dated: January 10, 2008

THE PLAINTIFF, Pro se

By_____
Victor H. Sparrow, III
1768 Willard Street, Northwest
Washington, District of Columbia 20009
Telephone: (202) 246-7677

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR H. SPARROW, III** <br> 1768 Willard Street, Northwest <br> Washington, District of Columbia 20009 <br><br> Plaintiff, <br> v. <br><br> **LITTON LOAN SERVICING, LP.** <br> 4828 Loop Central Drive <br> Houston, Texas 77081 <br> Defendant. | ) Case No.: 1:06cv00087 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) January 10, 2008 <br> ) <br> ) <br> ) |

## DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION

Comes now, Plaintiff pro se Victor H. Sparrow, III, under penalty of perjury under the laws of the District of Columbia and those of the United States including but not limited to 28 *United States Code* §1746(2) based upon his own personal knowledge makes and declares this Declaration in Support of Motion for Order.

1. That I was born on January 6, 1945 at Philadelphia Pennsylvania and currently reside at 1768 Willard Street, Washington, District of Columbia 20009-1719.

2. That I am fully competent to testify and would do so to the following substance and effect in any Court or administrative tribunal of competent jurisdiction to the following substance and effect based upon my own personal knowledge.

3. This cause was originally filed in January, 2006 by the Plaintiff. The Plaintiff consistently tried to advance this matter on the Court calendar including the filing of a

                Motion for Status Conference and Rule 16 Meeting" on April 21, 2006."

4. I would testify to the foregoing facts in this Court or any other forum at any time under penalty of perjury if called upon to do so based upon my own personal knowledge.

This Affidavit and Declaration has been made under penalty of perjury pursuant to the laws of the District of Columbia and those of the United States of America pursuant to 28 *United States Code* §1724(d) on this 10th day of January, 2008 at Washington City within the District of Columbia.

Dated: January 10, 2008

                                                    VICTOR H. SPARROW, III