IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VICTOR H. SPARROW, III**                    Case No.: 06-00087 (HHK)
    Plaintiff

v.

**LITTON LOAN SERVICING, LP**
    Defendant

---

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

Now come Friedman and MacFadyen PA, Michael T. Cantrell Esquire and Kenneth MacFadyen, Esquire, to respectfully represent to the Court, as follows:

1. That Kenneth J. MacFadyen has not applied for admission pro hac vice in any cases in the court within the last two years.

2. That Kenneth J. MacFadyen is a member in good standing of the Court of Appeals for the State of Maryland, the United States Court of Appeals for the Fourth Circuit, United States District Court for the District of Maryland and the United States Supreme Court

3. That there are no disciplinary complaints pending against Kenneth J. MacFadyen for the violation of the rules of the courts of these jurisdictions.

4. That Kenneth J. MacFadyen has not been suspended or disbarred for disciplinary reasons from practice in any court.

5. That Kenneth J. MacFadyen is associated with Michael T Cantrell, Esquire whose Federal Bar Number is 50977.

6. That Kenneth J. MacFadyen does not practice or hold out to practice law in the District of Columbia.

7. That Kenneth J. MacFadyen has read all of the rules of the relevant divisions of this court. Kenneth J. MacFadyen is applying for admission pro hac vice is to assist Mr. Cantrell in the trial of the above captioned matter.

8. Kenneth J. MacFadyen acknowledges the jurisdiction of the court over his professional conduct, and agrees to be bound by the appointed Rules of Professional Conduct, in this matter, if admitted pro hac vice.

9. The Plaintiff has informed undersigned counsel that he consents to this motion.

WHEREFORE, it is respectfully requested that the court:

A. Approve this Motion to Admit Attorney Pro Hac Vice; and,

B. Grant such other and further relief as it deems just and appropriate.

Respectfully submitted,

FRIEDMAN & MacFadyen, PA.

/s/ Kenneth J. MacFadyen
Kenneth J. MacFadyen, Esquire
210 East Redwood Street
Baltimore, Maryland 21202
(410) 685-1763
Email: ken@fmlaw.com
DC Fed. Bar No.: 00000

/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire
210 East Redwood Street
Baltimore, Maryland 21202
(410) 685-1763
Email: mike@fmlaw.com
DC Fed. Bar No.: 50977

## POINTS AND AUTHORITIES

1. LCvR 7(m).

2. LCvR 83.2(d).

/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served a copy of the foregoing pleading, via the ECF System and/or first class mail, postage prepaid, to the following on February 15, 2008:

Victor H. Sparrow, III
1768 Willard Street NW
Washington, DC 20009

/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire