IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VICTOR H. SPARROW, III**            Case No.: 06-00087 (HHK)
    Plaintiff

v.

**LITTON LOAN SERVICING, LP**
    Defendant

---

### APPLICANT'S DECLARATION

I declare under penalty of perjury that:

(1) My full name is Kenneth John MacFadyen.

(2) My office address is 210 East Redwood Street, Suite 400, Baltimore, Maryland 21202. My telephone number is 410-685-1763.

(3) I am admitted to the following bars - Court of Appeals for the State of Maryland, United States District Court for the District of Maryland, United States Court of Appeals for the Fourth Circuit and United States Supreme Court.

(4) I have not been disciplined by any bar.

(5) I have been admitted pro hac vice in this court zero times within the last two years.

(6) I do not engage in the practice of law from an office in the District of Columbia.

I am familiar with the Local Rules of this court, as well as the Federal Rules. Further, I acknowledge the power and jurisdiction of the courts of the District of Columbia over my professional conduct, and I agree to be bound by the appropriate Rules of Professional Conduct in this matter, if I am admitted pro hac vice.

        Respectfully submitted,

        FRIEDMAN & MacFADYEN, PA

        /s/ Kenneth J. MacFadyen
        Kenneth J. MacFadyen, Esq.
        210 East Redwood Street
        Baltimore, Maryland 21202
        (410) 685-1763
        Email: ken@fmlaw.com
        Attorney for Litton Loan Servicing, LP
        DC Bar No. 000000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served a copy of the foregoing pleading, via the ECF System and/or first class mail, postage prepaid, to the following on February 15, 2008:

Victor H. Sparrow, III
1768 Willard Street NW
Washington, DC 20009

        /s/ Michael T. Cantrell
        Michael T. Cantrell, Esquire