IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VICTOR H. SPARROW, III**　　　　　　　　　Case No.: 06-00087 (HHK)
　　　Plaintiff

v.

**LITTON LOAN SERVICING, LP**
　　　Defendant

---

## LOCAL RULE 7-M CERTIFICATION

I certify that I made diligent efforts to obtain the consent of the other party in this cause of action before filing the Motion to Admit Attorney Pro Hac Vice, and was advised by the Plaintiff that he does consent to said motion.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　FRIEDMAN & MacFADYEN, PA

　　　　　　　　　　　　　　　　/s/ Michael T. Cantrell
　　　　　　　　　　　　　　　　Michael T. Cantrell, Esq.
　　　　　　　　　　　　　　　　210 East Redwood Street
　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　(410) 685-1763
　　　　　　　　　　　　　　　　email: mike@fmlaw.com
　　　　　　　　　　　　　　　　Attorney for Litton Loan Servicing, LP
　　　　　　　　　　　　　　　　DC Bar No. 50977

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served a copy of the foregoing pleading, via the ECF System and/or first class mail, postage prepaid, to the following on February 15, 2008:

Victor H. Sparrow, III
1768 Willard Street NW
Washington, DC 20009

/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire