**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**VICTOR H. SPARROW, III**     Case No.: 06-00087 (HHK)
    Plaintiff

v.

**LITTON LOAN SERVICING, LP**
    Defendant

---

### ORDER GRANTING MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

**THE COURT**, having read and considered the Motion to Admit Attorney *Pro Hac Vice*, it is this the _____ day of _____, 2008, hereby,

**ORDERED**, that the Motion to Admit Attorney *Pro Hac Vice* is granted, and it is

**FURTHER ORDERED**, that Kenneth J. MacFadyen, Esquire shall be admitted *pro hac vice* to participate as co-counsel for the Defendant Litton Loan Servicing, LP.

                                                               _____
                                                                JUDGE, Henry H. Kennedy, Jr.

Cc:

Victor H. Sparrow, III,
1768 Willard Street NW,
Washington, D.C. 20009
Plaintiff

| | |
|---|---|
| Michael T. Cantrell, Esquire | Kenneth J. MacFadyen, Esquire |
| Friedman & MacFadyen, PA | Friedman & MacFadyen, PA |
| 210 E. Redwood Street, Suite 400 | 210 E. Redwood Street, Suite 400 |
| Baltimore, MD 21202-3399 | Baltimore, MD 21202-3399 |
| Mike@fmlaw.com | ken@fmlaw.com |
| Counsel for Litton Loan Servicing, LP | Counsel for Litton Loan Servicing, LP |

**END OF ORDER**