IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VICTOR H. SPARROW, III**          Case No.: 06-00087 (HHK)
    Plaintiff

v.

**LITTON LOAN SERVICING, LP**
    Defendant

---

### REPORT PURSUANT TO LCvR 16.3 and FRCP 26(f)

Pursuant to the Court's Order for Initial Scheduling Conference and its Minute Entry dated February 21, 2008, Counsel for the Defendant having been unable to confer with the Plaintiff via telephone submits this Report:

A. Whether the case is likely to be disposed of by dispositive motion:

Defendant – It is unclear as to whether the case can be disposed of by dispositive motion at this time. Discovery will determine if dispositive motions can be filed.

B. The date by which other parties shall be joined, or the pleadings amended and whether factual and legal issues can be agreed upon or narrowed:

Defendant – Discovery must be completed before the Defendant can provide a response to this provision.

C. Whether the case should be assigned to a magistrate judge:

Defendant – Defendant prefers that this matter remain with Judge Kennedy.

D. Whether there is a realistic possibility of settling the case:

Defendant – This matter has a realistic possibility of settling.

E. Whether the case would benefit from ADR procedures; what related steps should be taken to facilitate ADR and whether counsel have discussed ADR with their client:

Defendant – The Defendant is amenable to ADR procedures and suggests that this matter would be a good candidate for referral to a mediator.

F. Whether the case can be resolved by summary judgment or motion to dismiss; dates for filing dispositive motions, responses and proposed dates for decision on said pleadings:

Defendant -- Discovery must be completed before the Defendant can provide a response to this provision. Defendant suggests that dispositive motions be filed by September 11, 2008, responses be filed by September 29, 2008 and decisions thereon rendered by October 8, 2008.

G. Whether parties should dispense with Rule 26(a)(1) disclosures:

Defendant: There is no need to dispense with these disclosures.

H. Discovery deadlines:

Defendant – Please see the proposed Scheduling Order filed by Defendant for discovery and other scheduling order deadlines.

I. Expert witnesses:

Defendant -- Please see the proposed Scheduling Order filed by Defendant.

J. Class actions:

Defendant -- Not applicable.

K. Bifurcation of trial and/or discovery:

Defendant -- Not necessary.

L. Date for pre trial conference:

Defendant – October 15, 2008.  Please see proposed Scheduling Order filed by Defendant.

M. Trial date:

Defendant – Sometime after October 15, 2008.  Please see proposed Scheduling Order filed by Defendant.

N. Other matters:

Defendant -- None

O. Case tracking schedule:

Defendant – Please see proposed Scheduling Order filed by Defendant which is similar to Track Two, but not identical.

        Respectfully submitted,
        FRIEDMAN & MacFadyen, PA.

        __/s/ Kenneth J. MacFadyen__
        Kenneth J. MacFadyen, Esquire
        210 East Redwood Street
        Baltimore, Maryland 21202
        (410) 685-1763
        Email: ken@fmlaw.com
        DC Fed. Bar No.: 00000
        Attorney for Defendant

        __/s/ Michael T. Cantrell__
        Michael T. Cantrell, Esquire
        210 East Redwood Street
        Baltimore, Maryland 21202
        (410) 685-1763
        Email:  mike@fmlaw.com
        DC Fed. Bar No.: 50977
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing pleading, via the ECF System, electronic mail and/or first class mail, postage prepaid, to the following on March 27, 2008:

Victor H. Sparrow, III
1768 Willard Street NW
Washington, DC 20009

        __/s/ Michael T. Cantrell__
        Michael T. Cantrell, Esquire