IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VICTOR H. SPARROW, III**           Case No.: 06-00087 (HHK)
    Plaintiff

v.

**LITTON LOAN SERVICING, LP**
    Defendant

---

## SCHEDULING ORDER

For good cause appearing, IT IS HEREBY ORDERED,

| | |
|---|---|
| 1. Exchange witness lists | May 12, 2008 |
| 2. Deadline for Post R.26(a) discovery requests | May 27, 2008 |
| 3. Proponent's R.26(a)(2) statements | June 11, 2008 |
| 4. Opponent's R.26(a)(2) statements | July 11, 2008 |
| 5. All discovery closed | August 11, 2008 |

    Discovery inquiries, including number of inquiries, duration of depositions and forms shall be governed by the Federal Rules of Civil Procedure.

| | |
|---|---|
| 6. Dispositive motions | September 11, 2008 |
| 7. Pre trial conference | October 15, 2008 |
| 8. Pre trial disclosures | 30 days prior to trial |

_____
JUDGE, Henry H. Kennedy, Jr.

Cc:
Victor H. Sparrow, III,
1768 Willard Street NW,
Washington, D.C. 20009
Plaintiff

| | |
|---|---|
| Michael T. Cantrell, Esquire | Kenneth J. MacFadyen, Esquire |
| Friedman & MacFadyen, PA | Friedman & MacFadyen, PA |
| 210 E. Redwood Street, Suite 400 | 210 E. Redwood Street, Suite 400 |
| Baltimore, MD 21202-3399 | Baltimore, MD 21202-3399 |
| Mike@fmlaw.com | ken@fmlaw.com |
| Counsel for Litton Loan Servicing, LP | Counsel for Litton Loan Servicing, LP |

**END OF ORDER**

---

V. 032608.1442