**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**VICTOR H. SPARROW, III**               Case No.: 06-00087 (HHK)
    Plaintiff

v.

**LITTON LOAN SERVICING, LP**
    Defendant

## Notice of Service

Now comes Litton Loan Servicing, LP ("Defendant") by and through its attorneys, Friedman and MacFadyen, PA, Michael T. Cantrell Esquire and Kenneth MacFadyen, Esquire, to state that a proposed scheduling order was emailed on March 26, 2008 and the F.R.Civ.R. 26(a)(1) disclosures were served via first class mail, postage prepaid, on March 27, 2008 to:

    Victor H. Sparrow, III
    1768 Willard Street NW
    Washington, DC 20009

    Respectfully submitted,

    FRIEDMAN & MacFadyen, PA.

    /s/ Kenneth J. MacFadyen
    Kenneth J. MacFadyen, Esquire
    210 East Redwood Street
    Baltimore, Maryland 21202
    (410) 685-1763
    Email: ken@fmlaw.com
    DC Fed. Bar No.: 00000

    /s/ Michael T. Cantrell
    Michael T. Cantrell, Esquire
    210 East Redwood Street
    Baltimore, Maryland 21202
    (410) 685-1763
    Email: mike@fmlaw.com

          DC Fed. Bar No.: 50977

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served a copy of the foregoing pleading, via the electronic mail, the ECF System and/or first class mail, postage prepaid, to the following on March 27, 2008:

Victor H. Sparrow, III
1768 Willard Street NW
Washington, DC 20009

          /s/ Michael T. Cantrell
          Michael T. Cantrell, Esquire