

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **VICTOR H. SPARROW, III** ) | Case No. **06 0087 HHK** |
| 1768 Willard Street, Northwest ) | |
| Washington, District of Columbia 20009 ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **LITTON LOAN SERVICING, LP.** ) | |
| 4828 Loop Central Drive ) | |
| Houston, Texas 77081 *et al.* ) | |
| Defendants. ) | |

## RULE 26(a)(1) DISCLOSURE STATEMENT

Plaintiff Victor H. Sparrow, III, *pro se*, makes the following mandatory disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

1. With respect to FRCP Rule 26(a)(1)(A), the Plaintiff identifies the following individuals as those individuals as those likely to have discoverable information relevant to disputed facts:

    a. Harrison G. Moore, IV    Litton Processing Center
    b. Press & Press            Washington, District of Columbia
    c. Rule 30(b) designee      Litton Loan
    d. Elvira Noseworthy        Litton Loan

2. With respect to FRCP Rule 26(a)(1)(B), the Plaintiff states all documents and records which are relevant to this cause are in the exclusive possession, custody, and control of Defendant Litton Loan Servicing. All relevant documents have been or will be requested of the several defendants pursuant to FRCP Rule 34. The adequacy of Defendant's responses to Interrogatories, Requests for Production, and Requests for Admission are (or will be) in issue.

3. With respect to FRCP Rule 26(a)(1)(C), the Plaintiff states that his present and future pecuniary damages are predicated upon his inability to obtain a non-subprime loan for the purchase of a property in Baltimore following notice to Litton (to obviate a *Hadley v. Baxendale* "forseeability" issue and an appropriate adjustment to and in his closing statement and stemming from Litton's final demand. The Plaintiff reserves the right to amend this damage disclosure based upon additional information that may become available through the discovery.

4. With respect to FRCP Rule 26(a)(1)(D), the Plaintiff states that this mandatory disclosure is not applicable to his claim.

Dated: <u>March  25, 2008</u>

Respectfully submitted,

_____
VICTOR H. SPARROW, III
Plaintiff, Pro Se
1768 Willard Street, Northwest
Washington, D.C. 20009

Telephone: (202) 246-7677

## **PROOF OF SERVICE**

I, Victor H. Sparrow III, state and declare under penalty of perjury that I am a citizen of the United States and that I reside within the City of Washington, District of Columbia. I am over the age of eighteen (18) years. My residence address is 1768 Willard Street, N.W., Washington, District of Columbia 20009.

On the day set forth below I served the within " RULE 26(a)(1) DISCLOSURE STATEMENT" in Civil Action No.: **06 0087 HHK** in the United States District Court for the District of Columbia on each of the Defendants by placing a copy of the same document postage prepaid in the United States Mail at Washington City upon all of the Defendants in this cause, through counsel.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct pursuant to Section 2015.5 of the California Code of Civil Procedure.

Executed at Washington City, within the District of Columbia on March 25, 2008.

Dated: <u>March 25, 2008</u>

<u>VICTOR H. SPARROW, III</u>