IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VICTOR H. SPARROW, III**    Case No.: 06-00087 (HHK)
    Plaintiff

v.

**LITTON LOAN SERVICING, LP**
    Defendant

## DEFENDANT'S REPORT TO THE COURT

Now comes Litton Loan Servicing, LP by and through its attorneys, Friedman & MacFadyen, PA, Kenneth J. MacFadyen, Esquire and Michael T. Cantrell, Esquire to represent to the court as follows:

### BRIEF STATEMENT OF THE CASE

On January 17, 2006, the Plaintiff filed a Complaint for Declaratory Judgment, Accounting, Injunctive Relief & Damages ("Complaint"). The Complaint asserts that the Defendant mishandled mortgage payments tendered to it by the Plaintiff and failed to properly respond to inquiries from the Plaintiff regarding the application of said moneys. The Plaintiff argues that these actions give rise to his requests for an accounting, and damages pursuant to the statutes cited in the Complaint. In addition to statutory damages, the Plaintiff asserts that he is entitle to be reimbursed for overpayments that he made to the Defendant, he has been unable to obtain favorable re-financing for his personal residence, was forced to accept less than favorable financing for the purchase of real property in Baltimore, Maryland, has had his credit report damaged, and has suffered from emotional distress.

The Defendant denies the assertions in the Plaintiff's Complaint and asserts that he has no causes of action, and therefore, his request for damages should be denied.

## STATUTORY BASIS FOR CAUSES OF ACTION AND DEFENSES

In the Complaint, the Plaintiff asserts the following statutory bases for his causes of action:

12 USC section 2605(e)(1), (2) and (3)

15 USC Sections 1601, 1631, 1639 and 1647

28 DC Code Section 3901, et seq.

28 USC Section 1367(a)

Title 26A DC Municipal Regulations

Chapter 20 Predatory Lending

13 DC Code Section 263

28 USC Section 1331

15 USC Section 1640(e)

28 USC Section 1332

DC Code Section 45-715.1(a)

12 USC Code Section 2605

12 USC Section 2605(e)(1)B)

28 DC Code Section 3904

The Defendant shall utilize in its defense all of the statutes cited by the Defendant, as well as all of the other subsections of each of the statutes cited above.

>Respectfully submitted,
>FRIEDMAN & MacFADYEN, PA.
>
>/s/ Kenneth J. MacFadyen
>Kenneth J. MacFadyen, Esquire
>210 East Redwood Street
>Baltimore, Maryland 21202
>(410) 685-1763

        Email: ken@fmlaw.com
        DC Fed. Bar No.: 00000

        /s/ Michael T. Cantrell
        Michael T. Cantrell, Esquire
        210 East Redwood Street
        Baltimore, Maryland 21202
        (410) 685-1763
        Email:  mike@fmlaw.com
        DC Fed. Bar No.: 50977

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served a copy of the foregoing pleading, via electronic mail, the ECF System and/or first class mail, postage prepaid, to the following on April 7 , 2008:

Victor H. Sparrow, III
1768 Willard Street NW
Washington, DC 20009

        /s/ Michael T. Cantrell
        Michael T. Cantrell, Esquire