REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-F

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1331(a) Fed. Question: Real Property | | | |
|---|---|---|---|---|
| CASE NO:<br>06-cv-00087 | DATE REFERRED:<br>APRIL 14, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>ALAN KAY |
| PLAINTIFF(S):<br>VICTOR H. SPARROW, III | | DEFENDANT(S):<br>LITTON LOAN SERVICING, LP | | |

ENTRIES: