UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTOR H. SPARROW, III,                :

    Plaintiff                                      :

vs.                                                         : Civil Action No.: 06-00087(HHK/AK)

LITTON LOAN SERVICING, LLP.,      :

    Defendant                                  :

## *PRAECIPE*

The Clerk of the Court will kindly enter the appearance of Sacks & Chapin, P.C., and Peter A. Chapin, Esquire, as mediation counsel for the plaintiff, Victor H. Sparrow, III. This appearance is being entered for the limited purpose of representing the *pro se* plaintiff during the mediation process in this case, and in accord with the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation entered on May 8, 2008.

    Respectfully submitted,

    SACKS & CHAPIN, P.C.

/S/_____
PETER A. CHAPIN,    #0002030
Attorney for Plaintiff
927 15th Street, N.W.
9th Floor
Washington, D.C., 20005
(202) 659-1200
(FAX) (202) 659-1029
pac@sacksandchapin.com

LAW OFFICES
SACKS & CHAPIN, P.C.
927 FIFTEENTH ST., N.W.-9TH FL.
WASHINGTON, D.C. 20005

(202) 659-1200

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Praecipe* entering the appearance of counsel for the limited purpose of assisting in the resolution of this case through mediation, was served electronically, and by first-class mail upon:

Victor H. Sparrow, III, *pro se*
1768 Willard Street, N.W.
Washington, D.C., 20009

Kenneth J. MacFayden, Esquire
Michael T. Cantrell, Esquire
Attorneys for Defendant
210 East Redwood Street
Baltimore, Maryland, 21202

this 10th day of June, 2008.

                                        /S/_____
                                        PETER A. CHAPIN,
                                        Attorney for Plaintiff

LAW OFFICES
SACKS & CHAPIN, P.C.
927 FIFTEENTH ST., N.W.-9TH FL.
WASHINGTON, D.C. 20005
(202) 659-1200