IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTOR H. SPARROW, III | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: 06-00087 (HHK) |
| LITTON LOAN SERVICING, LP | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE OF DISCOVERY**

I HEREBY CERTIFY that on this 6th day of August, 2008, that Interrogatories, Requests for Production of Documents and Requests for Admissions were served upon the Plaintiff, Victor H. Sparrow, III, at 1768 Willard Street, NW, Washington, DC 20009 via first class mail postage prepaid, along with a copy of this Notice. I further certify that I will maintain the originals of these documents for as long as required by law.

Respectfully Submitted,

/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire
210 E. Redwood Street, Ste. 400
Baltimore, MD 21202
(410)685-1763 x120
Email:mike@fmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2008 that I mailed a copy of the foregoing pleading to the following via first class mail postage prepaid:

Victor H. Sparrow, III
1768 Willard Street, NW
Washington, DC 20009

/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire